| | |
|---|---|
| STATE OF ILLINOIS ) | E-FILED |
| ) | Wednesday, 02 February, 2005 02:59:00 PM |
| COUNTY OF CHAMPAIGN ) | Clerk, U.S. District Court, ILCD |
| ) | |
| STATE OF ILLINOIS ) | FILED |
| Probate Division ) | FEB - 2 2005 |
| JAMES KUEHL et als ) | JOHN M. WATERS, Clerk |
| Plaintiff ) | U.S. DISTRICT COURT |
| vs. ) | CENTRAL DISTRICT OF ILLINOIS |
| CODY D. BURCH ) | URBANA, IL |
| Legal fiction of law ) | |
| Respondent ) | |

FILED
FEB 0 1 2005
Linda S. Frank
CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY, ILLINOIS
SIXTH JUDICIAL CIRCUIT

In the matter of the Guardianship
Incorporated Case No. 99-P-6
IN THE CIRCUIT COURT FOR THE
SIXTH JUDICIAL CIRCUIT CHAMPAIGN
COUNTY, ILLINOIS

---

Removal of alleged 99-P-6 – For Venue and Jurisdiction of U.S. District court, 201 South Vine Street – Room 218 – Urbana, Illinois, from consent of Contract of Cody DeLane, Burch Claimant. Aggrieved Party By assistance of counsel and best friend, under authority of Amendment VI [1791], Treaty 1789 Constitution of these united States of America. Effect the day and year of acceptance.

---

Cody Delane, Burch
Claimant Aggrieved Party
    vs.
STATE OF ILLINOIS c/o Office of Governor
STATE OF ILLINOIS c/o Office of Attorney
General /s/ Urbana Illinois Municipality,
/s/ Todd Satherwait: /s/ James Kuehl et als:
/s/ William L. Hatch et als: /s/ Amber Burch:
/s/ Keith Miller: /s/ Chase M. Leonhard:
/s/ Linda S. Frank: /s/ Daniel J. Walsh:
Defendants, Debtors.

Federal Tribunal Circuit Court
Case Number: 82877-01

---

You are hereby given notice that this case is now being removed from your venue and transferred to the original jurisdiction of competent authority to hear this action. You are ORDERED to cease all activity pursuant to original federal jurisdiction protected by Federal Law (U.S.C. 25 Chapter 38 § 3601) and Treaty between the UNITED STATES GOVERNMENT & The Pembina Nation Little Shell Band of North America, in conjunction with the Federal Tribal Circuit Court authorized by the Grand National Council of Confederated Nations. This notice is filed timely in good faith without malice and no bad faith intended. The foregoing is true, correct and complete to the best of my knowledge and belief per 28 U.S.C. 1746 (1).

without prejudice Faithfully Submitted,
With explicit reservation of all Unalienable Rights waiving none
Autograph for _Carl Maxine Hubbartt_ seal
Grantee; Principal/Agent and Authorized Representative
Third Party Intervener, Assistance of Counsel For Cody DeLane, Burch

Certificate of Service:

Third Party Intervener: Carl Maxine, Hubbartt, depose, declare and attest; Author did certain acts pertained with 99-P-6 account – as follows, Witness Cody DeLane, Burch by U.S. Post Office mailing a 46 page document to – HONORABLE CHASE LEONHARD, CLERK OF COURT – LINDA S. FRANK, AMBER BURCH, KEITH MILLER, JAMES KUEHL, SHERIFF DANIEL J. WALSH, WILLIAM L. HATCH.
Title – partial accounting of said 99-probate-6. by Affidavit.
Again by U.S. post Office, prepaid, mailed certain Instruments to following named parties of our Intent, to remove cause and present Notice and Demand for proof of Jurisdiction over private chattel property, CODY D. BURCH, legal fiction of law and sentient Man Cody DeLane, BURCH, Principal party of record. One of seven pages contained therein. Dated January 27, 2005, Together with, actual removal of alleged 99-P-6. For Venue and Jurisdiction of U.S. District court – as noticed. Parties, addressee as follows, to wit: By reference NU.

c.c. State of Illinois c/o Office of Governor
248 Capital Building
Springfield, Illinois 62706
RB NU: 721 447-481 U.S.

c.c. State of Illinois c/o Office of Attorney General
500 So. Second Street
Springfield, Illinois 62706
RB NU: 721 447-495 U.S.

c.c. Urbana Illinois Municipality
/s/ Todd Satherwait
400 South Vine Street
Urbana, Illinois 61801
RB NU: 721 447-504 U.S.

c.c. /s/ James Kuehl et als:
301 West Green Street
Urbana, Illinois 61801
RB NU: 721 447-518 U.S.

c.c. /s/ William L. Hatch et als
115 North Neil Street
Champaign, Illinois 61820
RB NU: 721 447-521 U.S.

c.c. /s/ Amber Burch:
2074 Midyette, Apt. 816
Tallahassee, Florida 32301
RB NU: 721 447-535 U.S.

c.c. Daniel J. Walsh:
c/o Sherriff Office
204 East Main Street
Urbana, Illinois 61801
RB NU: 721 447-549 U.S.

c.c. /s/ Keith Miller:
1925 Maple Avenue
Mattoon, Illinois 61938
RB NU: 721 447-552 U.S.

c.c. /s/ Chase M. Leonhard:
101 East Main Street
Courtroom "J" Chancery Div.
Urbana, Illinois 61801
RB NU: 721 447-478 U.S.

c.c. /s/ Linda S. Frank:
101 East Main Street
Champaign County Courthouse
Urbana, Illinois 61801
RB NU: 721 447-566 U.S.

Used without prejudice, U.S. money orders in Exchange.

Attested by: _Carl Maxine, Hubbartt_    Principal – Grantee
Third Party Intervener for Cody DeLane, Burch
Date – Second Day February A.D. 2005

Temporary Mail Location
Respond
c/o 312 Oak Street. West
Ashmore, Illinois Republic
Carl Maxine, Hubbartt    u.S.A.