1. U.S. District court )
2. 201 South Vine Street )
3. Room 218 )
4. Urbana, Illinois )
   )
   )
   )
   )
   )
   )
   )
5. )

E-FILED
Wednesday, 02 February, 2005 02:59:38 PM
Clerk, U.S. District Court, ILCD

**FILED**

FEB - 2 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

*used without prejudice*

Filing fee tendered via – U.S. postal M.O.

---

6. STATE OF ILLINOIS )
7. County of Champaign )
8. State of Illinois ) In the matter of Guardianship
9. Probate Division ) Incorporated Case/Account 99-P-6
10. JAMES KUEHL et als ) In the Circuit Court for the
11. Plaintiff ) Sixth Judicial Circuit Champaign
12.         vs. ) County Illinois
13. CODY D. BURCH )
14. Legal fiction of law )
15. Respondent )

---

16. Cody DeLane, Burch | Federal Tribunal Circuit Court, Case Number: 02877-01
17. Aggrived Party, L.S. member | Waiver;
18. Claimant / Sovereign | (due to distance in travel) to be heard before counsel at
19.         vs. | Harvey, North Dakota, Claimant Invokes, U.S. District court
20. State of Illinois c/o Office of Governor | for Article III court of Law hearing – pursuant with U.S.C. 25
21. State of Illinois c/o Office of Attorney | Chapter 38 § 3601 and Original venue from Law of Treaties,
22. General /s/ Urbana Illinois Municipality, | Little Shell Band- 1778; Sovereign 1787; 1789 Law of Treaty
23. /s/ Todd Satherwait: /s/ James Kuehl et als: | North America. Constitution of these united State of America, A
24. /s/ William L. Hatch et als: /s/ Amber Burch: | Article VI [1], [2], [3], Article I Section 8 [3], Article I Section
25. /s/ Keith Miller: /s/ Chase M. Leonhard: | 10 [1], Article III, Section 2. [1], together with Chief
26. /s/ Linda S. Frank: /s/ Daniel J. Walsh: | Little Shell. Treaty with United States Government. 1863.
27. Defendants, Debtors. | Signed by President Lincoln, Congress ratified under Marshall
28. | law, Secretary of State co-signed with President. To-wit:

page one of one

30. **DECLARATION OF STATUS**
31. Claimant give NOTICE of Claimant's status as a non-juristic, free and lawful sovereign man on the land of the Illinois Republic, and who is not a 14th amendment individual/citizen of the UNITED STATES, a/k/a the District of Columbia and it's instrumentalities, a/k/a the STATE OF ILLINOIS, and Claimant is a stranger to, and objects to said 14th amendment public trust, and such objection is a matter of public record at said recorder's Office, Cumberland county.'
32. **STATEMENT OF JURISDICTION**
33. Cody DeLane, Burch Claimant invoked United States District Court, Central District of Illinois' "out of
34. necessity" Original Jurisdiction under Judiciary Act of 1789 Section 9 for (Trespass) Tort only in violations
35. under Law of Nations, Title 28 united States Code Section 1331 for Federal Question and Treaty of 1789
36. Constitution of united States.of America Amendment I Right of Petitioning Government of United States for
37. redress of grievances under "status" of a Treaty of 1789 Constitution of united States of America Article III
38. "Court of Law" exercising power of Judicial by Treaty of 1789 Constitution of united States of America Article
39. III Section 2[1] Judicial Power of United States shall extend into all cases in Law and Equity over unalienable
40. Rights secured by Law of Treaty of 1789 Constitution of united States of America Amendment V for Due
41. Process of Law.
42. **INVOKING JUDGE'S OATH OF OFFICE**
43. Claimant invokes Oath of Office trier of fact, in this case, pursuant to Article VI, Clause 3, of Original 1789
44. Constitution for these united States of America, and fully incorporates said oath herein by reference, as if fully
45. incorporated herein.
46. Any man or woman sitting in this case as trier of fact is thereby admitting, confessing, stipulating, and agreeing
47. by tacit procuration that he/she is acting by virtue of a signed, valid, and current Oath of Office pursuant to
48. Article VI, Clause 3, 1789 Constitution for these united States of America. Claimant now commands trier of fact
49. Article VI, Clause 3. U.S. District court proceed only in common law, in a judicial manner pursuant to Article III
50. of the National Constitution.
51. **RELIEF SOUGHT**
52. Claimant ask not for money judgment, only for opportunity to live in a community without restriction upon My
53. Life. Liberty and pursuit of happiness with My Wife Mary Elizabeth. We wish not to be a burden on no man and
54. given a chance in time, we shall prove we are worthy to give and not take from others. This includes social
55. security benefits. We have a plan to be self supporting, and not a burden to no man. All my life, I was beholden
56. to guardians, Father – Mother now State – (I command for satisfaction to be released from all other state
57. appointed guardians, without contract to perform. Termination of guardianship 1999-P-6 will be satisfaction,
58. "Judgment.")
59. **BONDING OF ACTION**
60. Claimant is ready and able to produce Silver Surety Bond – 99-P-6 – for Credit of private party, Cody Delane,
61. Burch of My own free will and accord, in the presence of Almighty God, in capacity as beneficiary to the
62. Original Venue, in good conscience, do willingly undertake to act as surety, as to pledge and provide private

63. bond, in amount of twenty-one Dollars in Silver coinage, minted by American Treasurer (at the legal and lawful
64. 24 to 1 ratio prescribed by law) united States of America, personally held in My ownership and possession. Thus
65. undertaking is in accordance with Article VII in the Bill of Rights of 1789 Law of Treaty, Constitution of United
66. States, to wit: Pursuant and in parity to cost-expense ratio of senate bill 70 on file with this State:
67. I, Cody DeLane depose and say the above was read and explained to me, by my assistance of counsel Carl
68. Maxine, Hubbartt – and place my hand as Seal – as Ref, here in without prejudice, per Title 28 U.S.C. 1746
69. (1).
70.     Autograph for _Cody DeLane Burch_ Seal
71.        Dated February _Second_ A.D. 2005.

**CONCLUSION**

71.
72. Carl Maxine, Hubbartt, being duly Affirmed to state the Truth so help him God, deposes and says he is seized of
73. his right mind and confirm Cody DeLane to be like. Attest – both parties are of age of majority, with respect to each
74. in his own right, of Contract – did intentionally, and voluntarily, enter into consent of contract and without due
75. compensation to be paid now or in the future whereas Carl Maxine, is to be Assistance of Counsel – without bond to
76. perform all acts, for Cody Delane, Burch – or address issues pertaining with, private Chattel property, CODY D.
77. BURCH – legal fiction of law – under a certain Security Agreement, filed with Secretary of States office, Jessee
78. White, By U.C.C., notice of claim. I quote:
79. Claimant is Holder – In-Due-Course, and has superior claim of party listed in states: Alleged Guardianship,
80. probate 99-P-6. The first to file a U.C.C. 1 – Notice – of Claim has superior claim (see United Tobacco Warehouse
81. vs. Wells – 1973 Kentucky court of appeals). The state must establish to be secure before the Court establishes its
82. claim. I find no evidence to support state claim to be superior over Secured Party, Cody DeLane, Burch, or CODY
83. D. BURCH. Pursuant with state's Uniform Commercial Codes revised Article 9. A creditor lien judgment is
84. subordinate to a "perfected Security Interest."
85. See. Settlement statement filed Sixth Judicial Circuit Court July 27, 2004. Subject to Waiver of Protest.
86. Claimant cannot make any legal determination or want to – nor argue any of the facts alleged by State probate Court,
87. held in Chancery Div. Of Sixth Judicial Circuit Court.
88. Wherefore; Claimant command U.S. District court, For Writ of – prohibition February _Second_ A.D. 2005.
89. Faithfully Submitted
90. With explicit reservation of All Unalienable Rights waiving none.
91. Autograph for ___Carl Maxine Hubbartt___ Seal
92. Third Party Intervener Assistance of Counsel for Cody DeLane, Burch; as Principal/Agent and
93. Authorized Representative.
94. I remain this day _Second_ of February A.D. 2005, with good faith; without malice, no bad faith intended.

Temporary Mail Location
    Respond
c/o 312 Oak Street. West
Ashmore, Illinois Republic
Carl Maxine, Hubbartt   u.S.A.