| | |
|---|---|
| STATE OF ILLINOIS ) | |
| COUNTY OF CHAMPAIGN ) | **FILED** |
| Probate Division ) | |
| Plaintiff ) | FEB - 2 2005 |
| vs. ) | JOHN M. WATERS, Clerk |
| CODY D. BURCH ) | U.S. DISTRICT COURT |
| Legal fiction of law ) | CENTRAL DISTRICT OF ILLINOIS |
| Respondent ) | URBANA, IL |
| ) | |

**FILED** SIXTH JUDICIAL CIRCUIT

JAN 2 7 2005

Linda S. Frank
CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY, ILLINOIS

In matter of Guardianship
Incorporated Case No. 99-P-6
IN THE CIRCUIT COURT FOR THE
SIXTH JUDICIAL CIRCUIT CHAMPAIGN
COUNTY ILLINOIS

---

NOTICE and DEMAND FOR PROOF OF JURISDICTION OVER PRIVATE CHATTEL PROPERTY, CODY D. BURCH legal fiction of law and sentient Man. Cody DeLane, Burch principal / Sovereign Native American, Aggrieved party, prove up subject matter, in persona or REM. To wit:

1. It is necessary record, present the "FACT" establishing jurisdiction of Tribunal [Lowe vs. Alexander 15C-296.]
2. Standard practice in public policy is establishment of jurisdiction on face of record, is required. Law requires proof of
3. jurisdiction to appear on record of administrative agency and all administrative proceedings [see Hagans vs. Lavine
4. 415 U.S. 533.]
5. Third Party Intervener filed with Linda S. Frank January 11, 2005, via Declaration by Affidavit of Truth, per legem
6. terrae, cites authorized representative for both parties of interest.
7. Affiant after research of "Court" record found NO proof of Evidence to support states claim, alleged to be in good
8. standing. I ask who is principal obligator constitutor/in these business matters and if so do you have a claim against
9. sentient man Cody DeLane, Burch?
10. Affiant cannot weigh any satisfaction, year after year, month after month where Agents of Agencies impose threat,
11. duress, coercion upon Cody DeLane, under color of law by design. Affiant sees no clear evidence where Agents
12. sign any document under penalty of perjury on presentment's to force sentient man Cody DeLane, Burch to contract
13. or face incarceration. Sign of trespass on life, liberty and pursuit of happiness, plus many other acts without clean
14. hands. My opinion of course as assistance of counsel for aggrieved party. Without arguing any facts within
15. instruments attached herewith and made part of partial equity accounting of said statue (Bond) associated with alleged
16. 99-P-6 would terminate controversy, that brought about Certificate of Protest, declared by preponderance of evidence.
17. Dr. Wade(s) evaluation brought about by promise to end all proceedings, in affiant's opinion by and between Trier of
18. Fact and James Kuehl dated March 15, 2004, ended in dishonor/trickery/and barratry, (see docket 7/28/2004).
19. This leaves only one claim by Chase M. Leonhard, Trier of Fact, upon his own motion to continue until February 18,
20. 2005 – 12 pm, a fine line of trickery, by hearsay use of a Fax letter not presented as evidence in open "Court" from
21. James Kuehl, at hearing date January 13, 2005. Evidence written and declared speaks, with a story to anyone with

22. knowledge of its intent for carrying forth every day commercial affairs.
23. Therefore; Affiant with conscience right of (birthright) made a decision for removal of said subject matter: Yet-not
24. declared of a future date. Noticing all parties where and when due process of Law will be entertained.
25. Affiant, after filing last notice of removal, reserves timely all rights of abatement, on Lawful Claims. Foregoing is
26. true, correct and complete, best of My knowledge so help Me God.
27. Attested without United States per Title 28 U.S.C. 1746 (1) faithfully, affiant remains with reservation of all
28. Unalienable Rights, waiving none, submit Instruments in good faith without malice toward no man.
29. So entered Twenty-Seventh day, January A.D. 2005, Our Lord, with Clerk of "Court," Linda S. Frank, Sixth Judicial
30. Circuit, said Champaign, County Illinois – For satisfaction to be heard in Federal Court – on behalf of Lawful
31. Action of law. CODY D. BURCH and sentient man Cody DeLane, Burch.
32. Attested by Authority of Third Party Intervener:
33. L.S. _Carl Maxine, Hubbartt_ Seal "but not idnvidiually"
34. Unenfranchised, Principal/Soveriegn, Grantee, without prejudice Amendment VI [1791] Assistance of Counsel for
35. Aggrieved Party.
36.                    NOTICE TO AGENTS OF AGENCIES
37. All type written pleadings, letters, displayed in all Capital letter to read or latter in hearing. Conducted in speech as
38. reference on instruments shall not be "Carry berry" taken or suggest one of same with Christian Appealation English
39. words and phrases. All such use shall be voidable.
40. One Man did appear before Me, a Notary Public and placed hand, Seal, Autograph known to Me upon said instrument
41. to be correct and complete to best of knowledge.
42. January, 27, Day A.D. 2005
43. _Paul C Ramsey_
44. Notary Public
45. _6/30/08_
46. My Commission Expires
47. Use of notary grants no jurisdiction over the parties
48.
49.
    Temporary Mail Location
          Respond
    c/o 312 Oak Street. West
    Ashmore, Illinois Republic
    Carl Maxine, Hubbartt   u.S.A.

Seal

**OFFICIAL SEAL**
**PAUL E. RAMSEY**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 06/30/08

_Carl Maxine, Hubbartt_
Principal Soveriegn

# AFFIDAVIT

Dated January 13, 2005, 3 p.m.

1. Be it noticed, to Agents of Agencies, for said hearing, before Chase Leonhard [Judge] presiding, Sixth Circuit
2. Court – County of Champaign, 1 Pm. To wit:
3. Following Witnesses did appear outside of Bar and state what we heard to be true, correct, and not misleading so
4. help us God, We are of age, competent to testify if called upon to do so for our evidence into business matter
5. addressed the day and year so presented by Carl Maxine, Hubbartt, outside Bar and James Kuehl, Chase
6. Leonhard, two other attorney's, bailiff and court reporter inside Bar.
7.     Kuehl spoke after Judge called 99-P-6. He introduced Carl Maxine on record, Carl spoke said Judge I'm here
8. in reference to that accounting: with all due respect for the Tribunal and Judge presiding for the record and on
9. record. Judge spoke what's your name; Carl spoke My name is spelled in a Court in line with Federal Styles
10. manual 1985 Roman 12 point, C-a-r-l M-a-x-l-n-e, coma separating my name from Franklin Maxine's family
11. named H-u-b-b-a-r-t-t.
12.     Judge spoke: if you wish to say something come in. Carl spoke: I submit instrument to bailiff to take to Judge
13. of which we viewed before court appearance, consisted of 46 pages, preponderance of evidence, tital – partial
14. accounting of said 99-Probate-6-challenging jurisdiction; bailiff delivered and suggested Carl enter Bar: Judge
15. said I will file your document – again I can't hear you, come in and speak into mike to be on record. Bailiff left
16. Bar: Carl spoke again;
17.     Third Party Interviewer Carl Maxine's appearance today in Room "J" in or out of Bar, does not grant –
18. suggest or consent by Contract any form of Jurisdiciton – that shall be used against Cody DeLane the man or
19. Carl Maxine as tribal members – nor waive any Unalienable Right (birthright) inherent from our Maker of Life,
20. liberty or pursuit of happiness.
21.     I'm not at liberty to argue any facts present or past. All evidence so obtained here today will be submitted to
22. our Chief Judge, signed under penalty of perjury. However, I will contract with you, and enter the Bar, if you
23. consent my appearance will not be criminally converted to State Statutes under color of law by design and charge
24. a fee!
25.     The J. P. dropped his head and held with both hands and spoke, saying as I said I have three probates to hear
26. today, I don't have enough time to continue with this. If you want to come in and speak into the mike OK Judge
27. made no reference with offer to contract or mentioned anything about declaration by affidavit of truth per legem
28. terrae or – in the nature of writ of mandamus with Brief in Support, which was our reason to be there as witness in
29. the first instance. Carl Maxine said I'm leaving, and left.
30.     Our opinion was Judge dishonored Carl Maxine(s) offer to contract.

Jurat's

L.S. *David J Wesselman*
First Witness

L.S. *Herman of [signature]*
Second Witness

L.S. *Paul C Ramsey*
Third Witness

*Whispering Pines Health Center*
*Virginia A. Wade, M.D.*
600 EAST COUNTY ROAD, 300N
ARCOLA, ILLINOIS 61910
TELEPHONE (217) 268-5008



To: Attorney James Kuehl
Thomas A. Bruno and Associates
301 W. Green St.
Urbana, IL  61801-3200

Re:  Cody D. Burch
DOB 8/9/77
Case # 99-P-6

March 15, 2004

I have been Cody Burch's family physician since August of 2003.  In my opinion, he is mentally, physically and emotionally capable of handling his own affairs.  His only handicap is cortical blindness, for which he compensates well.  Currently, he is independent for all of his activities of daily living, including simple cooking and housekeeping, as well as personal hygiene, eating, and dressing.

He manages his financial affairs with the assistance of his wife reading mail and writing checks for him (he does the decision-making and planning).  He has excellent long term and short-term memory, except, of course, some gaps around the time of his gunshot wound to the head in 1997.  He also had an episode of meningitis in 1998, pansinusitis and epidural abscesses in 9/01 (Tallahassee, FL) necessitating 3 surgical procedures, and then osteomyelitis of the frontal bone necessitating replacement with a titanium alloy on 6/18/02 (Dr. Walker Robinson at Carle).  He has been healthier since recuperating from that surgery than at any time except prior to his gunshot wound.

I performed a Mini-Mental Status Examination on him in the office on 3/10/04.  He scored 28 of a possible 30 points.  The two points that were lost were due to visual impairment (reading and comprehending a written command and copying a figure of two intersecting pentagons).

*Whispering Pines Health Center*
*Virginia A. Wade, M.D.*
600 EAST COUNTY ROAD, 300N
ARCOLA, ILLINOIS 61910
TELEPHONE (217) 268-5008



Cody also explained and demonstrated how he navigates in unfamiliar surroundings, how he keeps track of the money in his wallet by placement of the folded bills in a certain order, and his usual daily routine. He has always been a polite and compliant patient and is able to give a coherent medical history. The interview of his friend, Carl Maxine, who assisted him for several years prior to his marriage, confirms my impression of his abilities from my office assessment.

I have no reservations in recommending that from a medical standpoint, he no longer needs a guardian.

Sincerely,

Virginia A. Wade, MD

Virginia A. Wade, M.D.
Board Certified Family Physician

Copy

301 West Green Street / Urbana, Illinois 61801-3200

## THOMAS A. BRUNO & ASSOCIATES

*Attorneys and Counselors at Law*

Cody Burch
312 West Oak Street
Ashmore, IL 61912

Rec- 1-19-05
accepted and returned for value in Exchange for Discharge and Closure of Account

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
CHAMPAIGN COUNTY, ILLINOIS

Copy

IN THE INTEREST OF:        )
                           )
CODY D. BURCH,             )    No. 99-P-6
                           )
an Alleged Disabled Person. )

## NOTICE OF HEARING

YOU ARE HEREBY notified that on February 18, 2005, at 12:00 p.m. in Courtroom "J", of the Champaign County Courthouse, 101 East Main Street, Urbana, IL 61801, Judge Charles Leonard will conduct a status hearing in the above-entitled cause.

*Chase Leonard?*

_____
James Kuehl

## CERTIFICATE OF SERVICE

I, James Kuehl, certify I served a true and correct copy of the foregoing Notice of Hearing upon Cody Burch, 312 West Oak Street, Ashmore, IL 61912; Amber C. Burch, 2074 Midyette, Apt. 816, Tallahassee, FL 32301; and Keith A. Miller, 1925 Maple Avenue, Mattoon, IL 61938, by first class mail, postage properly prepaid, this 17th day of January, 2005.

_____
James Kuehl

James Kuehl
Thomas A. Bruno & Associates
301 West Green Street
Urbana, IL 61801
Telephone 217-328-6000
Facsimile 217-328-6765

*[Handwritten annotations in margins:]*

*Left margin:* "JAMES KUEHL" DEBTOR Date Received Jan. 19-2005 - 1:30 PM from address "James Kuehl" pursuant with H.J.R. 192, 5, June 1933, 73 Congress 1st Session — In Exchange for Discharge and Closure of Account. OFFER to Contract "Failure to include Check or Voucher for tender of Payment; is accepted and returned for Value. Date(s) Jan. 22nd 2005 Sign Cody De____ Burch Employer I.D. NO 3316854

*Right/bottom:* By: Authorized Representative Carl Marines-Hallart Amendment VI [79] Assistance of Counsel Authority of Contract — Controversy is over. Notice Cody DoSono Burch does not wish to proceed any further in a tribunal within sixth Judicial Circuit. Reg: No. RB 921 571 - 872 US

# Champaign County Circuit Court

Copy
No. 99P6
Pg 4

| ATTORNEYS | | |
|---|---|---|
| 1/13/2005 CML/PAL<br>1999-P - 6 | *[handwritten sideways notations]* | J. Kuehl appears in his capacity as GAL. Court considers the letter from Amber Burch dated January 12, 2005 as a motion to continue. On the court's own motion, cause re-allotted for Status Hearing to 02/18/2005 at 12:00 PM in Courtroom J. Mr. Kuehl to send notice to the guardian and to the ward. Notice to the ward to include language which states his failure to appear must result in a warrant being issued for his arrest. |

*Handwritten annotations (sideways in margin):*

Received from addressee "Court" notice attorneys DEBTORS offer ID Contract. Failure to include check or voucher for tender of payment; Pursuant with H.J.R. 192, 5 June 1933 Congress 1st Session Is accepted and returned for value in exchange for Discharge and Closure of account —

Dated January 22nd, 2005 — 1 P.m.
Sign: Cody Johns Burch
Employer I.D. NO. 331688314
By: Authorized Representative

Carl Maxine Hobart
Amendment VI, E1799 Assistance of Counsel
Authority of Contract. Controversy is over!!

Notice = Cody Johns Burch does not wish to proceed any further in a Tribunal with Birth Circuit Court —

Reg: No RB 721 511 869 US

CERTIFICATE OF SERVICE

  Carl Maxine, Hubbartt, Principal Sovereign, certify, a true, correct one of same first filed with Clerk of Court Linda S. Franks office, the above attached instruments namely, Affidavit 01-13-05, 3 p.m., by witness: page - 2 of 2 – Dr. Wade's report to Attorney James, Kuehl – March 15 – 2004: 3 of 3 offer acceptance for value returned for Exchange of Closure and settlement of last offer to contract. 01-22-05 Reg. No. RB721 571 872 U.S. and Reg. No. RB 721 571 869 U.S.

  Introduced by two of two <u>Notice and Demand</u> for proof of jurisdiction subject matter, in persona or Rem – Re – 99-P-6 – Notice of Intent to Remove Subject Matter. Was mailed from United States Postal Service, to addresses and persons listed below, postage prepaid,

cc: James Kuehl et als
  Thomas A. Brono & Assoc.
  301 West Green Street
  Urbana, Illinois 61801

---

cc: ~~Harrnetts~~ Chase Leonhard
  c/o 101 East Main Street
  Courtroom "J" Chancery Div.
  Champaign County Courthouse
  Urbana, Illinois 61801

---

Attested by: _Carl Maxine Hubbartt_ Principal – Grantee
    27th Day January, A.D. 2005.