U.S. District Court
201 South Vine Street
Room 218
Urbana, Illinois

E-FILED
Wednesday, 02 February, 2005  03:02:54 PM
Clerk, U.S. District Court, ILCD

| | |
|---|---|
| Cody DeLane, Burch ) | Incorporated Case NU. 1999-P-6 |
| Claimant, ) | COMAND FOR WRIT OF PROHIBITION |
| ) | For Cody D. Burch |
| ) | |

FILED
FEB - 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

1. Cody DeLane, Burch, a tribal member and properly enrolled by number 82877, in good standing, command U.S.
2. District Court to issue a Writ of prohibition regarding a case, since been removed from a State Court to
3. the U.S. District court, for relief as follows:
4. Champaign County Court of Sixth Judicial District of State of Illinois, failed to offer Me a proper remedy, regarding
5. termination of all probate Guardianship, (Case number 1999-P-6 –) Champaign County Court, appointed a
6. Guardian Ad Litum James Kuehl and others William L. Hatch prior too – which was not requested, or otherwise indicated
7. by Myself as needed or desired after I regained conscience state of mind.  State court appointed Amber Burch and
8. Keith Miller – as co-preliminary guardians has not had contact with claimant since 2001.
9. Said J.P. Chase M. Leonhard is not working in My best interest and demanding psychological evaluations for Me. Said
10. Guardian Ad Litum. James Kuehl and J.P. was fired by Cody DeLane in Open Court because they had no first hand
11. knowledge of the facts. By correspondence, both officials still dishonor public policy and instruments without
12. said jurisdiction to proceed.
13. J.P. by Threat, Duress of incarceration is still unlawfully attempting to represent me.
14. Court continues to violate my Fifth Amendment Rights, via Trespass upon My Life, Liberty and pursuit of happiness
15. demanding psychological evaluations of My body "Mind" to use against me in a Court at Law.
16. A removal was added to the Court record, with a file stamped date of February 2nd A.D. 2005.
17. Claimant believes the Sixth Judicial District, State of Illinois, particularly in Champaign County will continue to
18. discriminate against Claimant, Cody DeLane, who by status is a Native American, principal/Sovereign. "Neutral."
19. without prejudice.
20. Dates; February Second A.D. 2005             Respectfully
21. without prejudice                             I remain, I am, I am.

Third Party Intervener   Carl Maxine, Hubbartt   Seal
    Assistance of Counsel by Contract for Cody DeLane.

    Temporary Mail Location
            Respond
    c/o 312 Oak Street. West
    Ashmore, Illinois Republic
    Carl Maxine, Hubbartt   u.S.A.