AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**CODY DELANE BURCH**

vs.                                                                 Case Number:   **05-2028**

**STATE OF ILLINOIS**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that this court, acting sua sponte, remands the action to the Circuit Court of Champaign County, Illinois.

ENTER this 3rd day of February, 2005

s/John M. Waters
JOHN M. WATERS, CLERK

s/V. Ball
BY:  DEPUTY CLERK