E-FILED
Monday, 14 February, 2005  03:23:57 PM
Clerk, U.S. District Court, ILCD

U.S. District Court, Urbana, Illinois

| | |
|---|---|
| Cody Delane, Burch | ) |
| c/o 312 Oak Street, West | ) |
| Ashmore, Illinois Republic | ) |
| Non-domestic mail | ) |
| Zip Code Exempt- D.M.M. 122.32 [as amended] | ) |
| | ) |
| Plaintiff-Creditor | ) Cause 05-2028 |
| | ) For – state Case No. 99-P-6 |
| Vs | ) |
| STATE OF ILLINOIS and | ) Associate/s/ John M. Waters |
| Agents and Agencies in revenue cause 99-P-6 | ) Motion for Reconsideration |
| Respondents-DEBTORS | ) /s/ Harold A. Baker |

FILED
FEB 1 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

1)   Claimant/Sovereign moves U.S. District Court Urbana, Illinois for reconsideration under Amendment I and Amendment V for due process of law vacating decision entered February Third, two thousand five under Law of Treaty 1787, Constitution of these united (Illinois) States of America. Ratified 1789, as a contract between compact Union States and United States. Treaty between Sovereign Citizen of each Union state, join and united under one.

2)   Establishment is to apply via Article VI [3] asservation for Oath of Office and Section 2 [1] Article III Sec. 2 [1] (The judicial power shall extend to all cases, in law and equity. Equity cannot intervene into Judicial, arising under this Constitution.

3)   Assistance of Counsel Amendment VI. Third party Intervener C-a-r-l M-a-x-I-n-e. Accepts all officer's Oath of Office – pertaining with but not limited to cause 05-2028 by association, with this inferior U.S. District Court – Article I, created by Constitution, Charter of land – under Equity- Statutory law of land for its subjects. Passage and enforcement by Forty-Second Congress 1st Sess. Ch. 22.1871 A.D. under Marshall Law together with passage of all other Amendments, Not withstanding non-assumpsit, without prejudice.

4) The Bankruptcy Act – March Fourth 1933 – brought forth a reorganization of Uniform Commercial Codes – adopted – as common usage, based on Original principals within Law of Treaty 1789, contract, Constitution of these united States of America, for purpose of revenue, House Joint Resolution 192-5 June 1933 – was enacted without a full disclosure for Citizen/Sovereign – people, for discharge of debts. Upon discovery of ruling from Erie Railroad vs. Thompkins 304 U.S. 64 by design, coupled with Clearfield Doctrine, states all Citizens, people will be considered as a law merchant unless rebutted. Claimant C-o-d-y D-e-L-a-n-e and Third Party Intervener C-a-r-l M-a-x-i-n-e challenged timely all assumptions/presumptions when aware of such act. On February Second, 2005, C-a-r-l M-a-x-i-n-e, did delivery certain documents: act 1, Notice Demand on Sixth Circuit State Court for proof of Jurisdiction January 27, 2005, with intent to remove cause to U.S. District Court, act 2, Feb., 1st, 2005, Actual Removal to U.S. District Court, act 3, Filed one and two acts with associate Clerk, John Waters Court for Venue and Jurisdiction over Cause 99-P-6, act 4, Filed Writ of Prohibition before associate Clerk of court for filing and invoked U.S. District Court for Article III Court of Law hearing, NOT a Defendant in 05-2028 or 99-P-6 as a pro-se litigant.

5) Deputies accepted one postal money order, furnished as payment in substance from C-a-r-l M-a-x-i-n-e. A Bill of Exchange, one hundred fifty dollars and no cents - $$150.00 – read pay to – U.S. District Court – as filing fee. Payment tendered for securing performance of contract. If a bond was required it was done so for Credit of private party C-o-d-y D-e-l-a-n-e  - family of B-u-r-c-h – via twenty-one. Morgan Silver dollars, coinage, minted by American Treasurer.

6) Upon C-a-r-l M-a-x-i-n-e and C-o-d-y D-e-L-a-n-e receiving "Order" to remand back to State Court "Barratry" from Deputy Clerk of court was present by error Omission – (overlooked) or Deputy committed act on purpose, applying a Zip Code for representation of resident. All documents so entered, clearly show NO Zip Code is required. A criminal conversion of identity took place, (identity theft), C-a-r-l M-a-x-i-n-e for MAXINE CARL. On this act alone, Grantee C-a-r-l M-a-x-i-n-e states for record and on record, command our Motion be reconsidered for Common Law trial under Article III Court of Law, pursuant

with Amendment VII, 1789 Constitution, Bill of Rights within subject matter jurisdiction of the US District Court, Title 28 U.S.C., § 1331, within 72 hours Regulation Z, of court's intent from file stamp receiving same, notice your intent by fax for Carl Maxine to (217) 258-8029.

7) With all due respect Sir/s/ Harold A. Baker Judge, here is quote from your first "Order", "pleadings are difficult to decipher, but it appears that Burch seeks termination of a guardianship over his estate." It stands correct, if you're referring, in regards with C-o-d-y D-e-L-a-n-e B-u-r-c-h whereas a U.C.C.-1 was filed of record with Illinois Secretary of State U.C.C. Division as Bona-fide Holder-in-due-course, over private chattel property CODY D. BURCH or any derivative thereof and is Secured Party Creditor.

8) Upon newly discovered evidence presented herewith it stands correct with obligation from all judge's, Oath of Office, must treat National Constitution as a Contract by and between "Trustee" and Sovereign people as its "beneficiary" addressing subject matter jurisdiction arising under State private commercial affairs, "statutes" and Treaties entered into with U.S. Federal Government – for C-o-d-y D-e-L-a-n-e, B-u-r-c-h sentient sovereign Man.

9) Only District Courts of these united States possesses Original jurisdiction over enforcing issue(s) or controversies involving Interstate State Commerce Title 28 united States Code Section 1337(a) and Original jurisdiction to redress the deprivation, under color of any State Law, Statute, Ordinance, regulation custom or usage, of any Right, privilege or immunity secured by Constitution of these united States of America or by any Act of Congress providing for equal Rights of Citizens or of all persons within jurisdiction of united States of America Title 28 united States Code Section 1343(3).

10) Claimant demands due process of law under Amendment v. of Original Law of Treaty 1789 National Constitution of these united States (Illinois) of America – and seeks a Common Law Trial by Jury of Peers – because controversy is over U.S. Twenty Dollars.

11) It stands correct Equity, does not intervene with Judicial (Common Law) therefore federal u.S. District Court has original jurisdiction, over state "statutes" and parties seeking relief from issues drafted as

within preponderance of evidence dated January 11, 2005 treated as attachment, Exhibit A.

12) It stands correct C-o-d-y D-e-L-a-n-e body is NOT one of same as state's certificate of birth, with date of birth attached with revenue, for fiction of law name CODY D. BURCH or any derivatives thereof. C-o-d-y D-e-L-a-n-e has NO conceivable date of birth by statute regulation.

13) It stands correct, a general misconception is that any statute (Bond) passed by legislators bearing appearance of law for (legal fiction entities) such as CODY D. BURCH constitutes law of land. Our National Constitution is supreme Law of land, and any statute, to be valid must be in agreement. It is impossible for any statute (law) which violates 1789 Constitution to be valid.

a) This is succinctly stated as follows:

"An unconstitutional act is not law: it confers no rights; it imposes NO duties; it is in legal contemplation, as inoperative as though it had never been passed: "Cite Norton v. Shelby County 118 US 428 P.442.

14) It stands correct: "All laws which are repugnant to the Constitution are null and void." Marbury vs. Madison 5-US (2 Crauch) 137,174,176, (1803).

15) You're a good man Judge Baker, and know a general rule is that an unconstitutional statute, though having form and name of law is in reality no law, but is wholly void and ineffective for any purpose: since unconstitutionality dates from the time of its enactment and not merely from date of decision so branding it.

16) No Man is bound to obey an unconstitutional law and no courts are bound to enforce it. 16 Am Jur 2nd – Sec. 177, late 2d. Sec. 256. Only artificial "persons"(corporations) are subject to legislative Statutes.

17) It is an unknown fact if evidence submitted herewith in itself – will change your mind and grant Motion for Reconsideration, currently remains with you.

18) However it stands correct. I personally have taken C-o-d-y D-e-L-a-n-e before J.P. over 99-P-6 twice and once myself – and James Kuehl, plaintiff has submitted motion after motion to dismiss, was denied, even when C-o-d-y was present and talked with judge outside bar. There was no suggestion to enter bar or

order him to enter bar, so C-o-d-y D-e-L-a-n-e stays away, last time present was July 28, 2004. J.P. said be gone, be gone we left.

19) It now stands; does State of Illinois have a claim or any one else have a claim? Produce a contract that C-o-d-y D-e-L-a-n-e entered into knowingly, willingly and intentionally to stand as surety for legal fiction CODY D. BURCH, alleged disabled person (corporation), C-o-d-y D-e-l-a-n-e, B-u-r-c-h does NOT Consent and never has consented, to be a defendant in cause 99-P-6, or any other contracts from age of majority with law merchant status.

20) Let it be so, in absence of proof of claim from Corporate STATE OF ILLINOIS, where is bona-fide contract entered into with full disclosure to C-o-d-y D-el-a-n-e, B-u-r-c-h with all material facts where "One" could have made an intelligent decision? State has dishonored C-o-d-y D-e-l-a-n-e B-u-r-c-h's requests repeatedly for closure of the account after all offers have been accepted and returned for closure. There is no dispute/controversy only repeated offers to contract by the state court by using tactics of **intimidation and threats of incarceration** to force this Secured Party, Cody Delane, Burch, into submission, to be an accommodation party for the accommodated party, CODY D BURCH, so as to secure use of the private exemption to back up state's alleged claims through their alleged statutes (bonds) for corporate gain in revenue interstate commerce trafficking. The State has neither denied Cody Delane's superior claim, nor have they produced a superior claim to Cody Delane's to this date, State is in dishonor and estopped from any further action.

### Conclusion

21) With all due respect Judge Baker, a decision was rendered from you without a doubt questionable drafted heading, and venue applied by deputy clerk's error without My consent to do so, you have done what any judge would do under these circumstances, therefore I respect your decision by it's presentment to you through the Deputy Clerk of the Court's mistakes in re-present-ing the material to you for consideration. This Motion for Reconsideration is brought about under newly discovered evidence.

22) However, with respect to your decision to remand back to the state court would only be taken as

**Page 5 of 8 MOTION FOR RECONSIDERATION**

bias toward C-o-d-y D-e-l-a-n-e, a Native American member of the Little Shell Band Indian Nation by family tree. Whereas, State is claiming a creation of CODY D BURCH with D.O.B. under state issued Industrial Bond (Birth Certificate), vs. Birth record filed with county recorders office, not one in the same. Industrial Bond (birth certificate) was pledged security to the Federal Reserve Bank as D-60611886 account open with Cleveland Ohio Bank to draw upon an unlimited amount of credit for the State, and conducting Interstate Commerce transactions.

23) Whereas, Cody Delane, Burch upon discovery of the conversion attached and secured the original Bond (birth certificate) by way of private security agreement duly filed and registered as the Holder in Due Course Secured Party Claimant and Real Party of Interest over CODY D BURCH'S commercial affairs, Superior to the STATE OF ILLINOIS CLAIMS, and therefore issued a bond # RB 721 571 943 US to discharge all state's claims to CODY D BURCH and close said accounts, which has been dishonored several times, in violation of Public Policy. The State court cannot hear issues involving Treaties, Title, or impair the obligation of Cody Delane's private contract (duly filed U.C.C.-1 Security Agreement). I quote Article I Section 10 [1], _**"No state shall enter into any treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility."**_

24) Whereas, upon newly discovered evidence on record and within preponderance of evidence submitted and attached herewith and made part of, I request again for motion for reconsideration to be heard in a Common Law Trial, Article III "Court of Law", 1789 Constitution for these united States of America, as this issue is clearly about Title, and superior claim only. Your acceptance to perform is noted under regulation Z on future day of trial. Should you request this action to be bonded, you are hereby granted and issued the use of the private unlimited liability exemption of CODY D BURCH account # D-60611886.

Relief sought, without prejudice to same, C-o-d-y D-e-L-a-n-e speaks for your record on pains of suffrage, libel to character of life, liberty and pursuit of happiness, with Respect to Judge Harold A. Baker's

decision, to grant Motion For Reconsideration for Common Law Trial, under Venue and Jurisdiction as requested first stated; and ask for closure and settlement of account 99-P-6 – returning voucher, within Courts Order for State to perform under, Affidavit unrebutted stands as Truth in Commerce effect as filed and made part of State's records, zeroing account, together with return of U.S. 1,000,000.00 Dollars within Security Agreement dated July 24, 2002 A.D. as pledged for bonding of each action of controversy alleged by Corporate State.

With all due respect I rest my pleadings brought timely with no just cause for delay in these business matters for Cody DeLane, Burch, and direct attention toward Declaration of Status by Affidavit of Truth per legam terrae, presented herewith and filed of record this _14th_ day February 2005. As timely in good faith with no malice, to be true, correct so help Me God.

I, Cody DeLane depose and say the above was read and explained to me, by my assistance of counsel Carl Maxine, Hubbartt – and place my hand as Seal – as Ref, here in without prejudice, per Title 28 U.S.C. 1746 (1).

        Autograph for _Cody DeLane, Burch_ Seal
        Dated February _Thirteenth_ A.D. 2005.

Attested without United States per Title 28 u.S.C. 1746 (1) faithfully, affiant remains with reservation of all Unalienable Rights, waiving none, submit Instruments in good faith without malice toward no man.

    F.R.C.P. Rule 5(e) So entered _Fourteenth (14)_ February A.D. 2005, Our Lord, with Clerk of "Court," John M. Waters, U.S. District Court Champaign, County Illinois – For satisfaction to be heard in Federal Court – on behalf of Lawful Action of law for sentient man Cody DeLane, Burch.

Attested by Authority of Third Party Intervener:

    L.S. _Carl Maxine, Hubbartt_ Seal 'but not individually"

Unenfranchised, Principal/Sovereign, Grantee, without prejudice Amendment VI [1791] Assistance of

Counsel for Aggrieved Party.

## NOTICE TO AGENTS OF AGENCIES

All type written pleadings, letters, displayed in all Capital letter to read or latter in hearing. Conducted in speech as reference on instruments shall not be "Carry berry", taken or suggest one of same with Christian Appellation English words and phrases. All such use shall be void-able.

One Man did appear before Me, a Notary Public and placed hand, Seal, Autograph known to Me upon said instrument to be correct and complete to best of knowledge.

February _Fourteenth_, Day A.D. 2005

_signature_
Notary Public                                    Seal

6/30/08
My Commission Expires
Use of notary grants no jurisdiction over the parties

[Official Seal: PAUL E. RAMSEY, NOTARY PUBLIC, STATE OF ILLINOIS, MY COMMISSION EXPIRES 06/30/08]

_Carl Maxine, Hubbartt_
Principal Sovereign

Temporary Mail Location for response:
C/o 312 Oak Street. West
Ashmore, Illinois Republic
Carl Maxine, Hubbartt   u.S.A.
Zip Code Exempt  122.32 [as amended]

enclosures: 10 Summons in a Civil case number 05-2028

attachments: Preponderance of evidence:
    Partial accounting of said 99-PROBATE-6
    Declaration by Affidavit of Truth