STATE OF ILLINOIS COUNTY OF Cumberland
THIS INSTRUMENT WAS FILED FOR RECORD
11th DAY of January 2005 10:31 AM DULY RECORDED

RECORDER *Julie Gentry* DEPUTY

DOCUMENT NUMBER: 2005R00051

*Exhibit - A*

**FILED**

SIXTH JUDICIAL CIRCUIT

JAN 11 2005

*Linda S. Franks*
CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY, ILLINOIS

**E-FILED**
Monday, 14 February, 2005 03:24:39 PM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS)
                                    SS
COUNTY OF CUMBERLAND

I, JULIE GENTRY, County clerk & Recorder in and for said County, in the State aforesaid do certify that I am the keeper of the records, files and seal of said County, and am by law required to keep and maintain said records in the performance of my official duties as Clerk & Recorder, and that the foregoing is a true, perfect, and complete copy as the same appears from the records and files in this office remaining. IN TESTIMONY WHEREOF, I have set my hand and affixed the seal of office at my office in Toledo, Illinois, this 11th day of January 2005

*Julie Gentry, County Clerk & Recorder*

"Notice to Agency
is Notice to Agent"
All such instruments
attached herewith
Shall be covered by
Bond Number RB 721 571 943 US
But not limited thereon
Each titled document stands
On merits drafted within – preponderance
of evidence to be: Filed of record – with
said County Champaign, Sixth Judicial
Circuit Court.

**TITLE – Partial Accounting of Said 99-PROBATE-6**

Greetings Agents of Agencies:              Declaration by Affidavit of Truth, per legem terrae

· With all due respect for record and on record Grantee, Third Party, Intervener; in a Court via Federal Styles Manual 1985 Roman 12 point, spelled in proper English grammar C-a-r-l M-a-x-i-n-e, family of H-u-b-b-a-r-t-t, Affiant, hereafter attest by public notice, for such instruments pertaining with Bond Number RB 721 571 943 US, be adjudicate on or soon thereafter January 13, 2005, 1 p.m., Champaign county, Illinois, before J.P. under Law of Treaty 1789 Constitution of these united States of America: and Treaty of 1778 The Grand National Council of Confederated Nations. ·

All words and phrases within each document attached herewith were and still are applied with good faith, without malice, where no bad faith was intended, is True, correct, and not misleading so help me God, as was filed timely, for time prescribed: Affiant is age of majority, Native American, Illinois Inhabitant, Principal, party of Interest as a Matter of Right, utilizing the Common Law Maximum of Necessity, (That which is not otherwise permitted, necessity allows, and necessity makes a Right, the absolute supreme law.) As agent and Authorized Representative for above Bond Number. And in the nature of writ of Mandamus with Brief in Support, responding to Alleged Authority of above Court by Special Visitation, with Consent of Contract from grantor, site following on Lawful Demand for proof of Jurisdiction; FRCP Rule 12h (3) towit: whenever it appears by suggestion, by any Party, or otherwise the Court shall dismiss the action. If a Party's allegations of jurisdictional facts are challenged by an adversary in an appropriate manner, he or she must support them by competent proof [see: Federal Procedures § 2.455: All officers is hereby put upon mandatory notice to observe principal of Laws stated by Supreme Court of United States, in Puckett v. Cox 456 F 2d, 233(1972 Sixth Circuit USCA), where the High Court held, that pro-se (includes sentient man) litigants are held to a less stringent standard than traveled BAR attorneys. Also see what Justice Black said in Conley v. Gibson 355 U.S.41 at 48 (1957): See Law of Treaty 1789 Constitution, Article III – Section 2 [1].

The judicial power shall extend to all cases, in Law and Equity – arising under this Constitution, Article VI [3] asservation for Oath of Office, same Article Section [2] Treaties:

*One of 46*

Having stated above, Affiant did view the records in said County Champaign, Sixth Judicial Circuit Court, an attest certain documents pertaining with cause / Account 99-P-6  have been received and file, stamped, by Clerk of Court, Linda S. Frank, and never placed on docket calendar. To cure – either by omission (overlooked) or by commission, (agent committed the act on purpose):

Namely:

1) Settlement Statement – Page 2 of 2 – Date, Jul. 27-04.

2) In the nature of Writ of Mandamus, Title 28-1651 -, with Brief in Support – Date, December 13 – 2004. Notices given/with NO response; Certificate of protest to issue January, 7 2005. Attached – UCC-1-, UCC-3, UCC 1 Ad –

3) a) Return of Service. Notice – Demand and Order 10-13-04 RB 721 446 075 US

   b) Truth Affidavit – Notice 1 Demand 10-25-04 RB 721 446 061 US

   c) Estoppel Certificate

      Certified mail 7004 1350 0001 1819 8426 – 11-22-04

   d) Partial list of et als – return of service – by numbers 7003 3110 0004 6900 6721; and 6738; 6998; 7001; 6714; and 7003 1010 0000 2097 8167; 8174 respectfully.

   e) Yet to be filed: 2 of 2 Declaration by Affidavit of Truth, by Affiant and 1 of 1 – Consent to Contract – by between Grantor and Grantee

Please File and Record to Mic  - Clerk of said Cumberland County Recorder.

Document prepared by Carl Maxine, c/o 312 West Oak Street, Ashmore, Illinois.


In Reservation of All Rights, "Unalienable."

*Carl Maxine, Hubbart*

counsel of choice for Cody DeLane, Burch.


A man appeared before me, A Notary Public, identified himself, and placed his hand as Seal, upon this instrument.

_____

Notary Public

___C / 3 0 / 0 8___

My Commission Expires

___1 / 11 / 05___

Today's Date

Seal

OFFICIAL SEAL
PAUL E. RAMSEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 06/30/08

CIRCUIT COURT
SIXTH JUDICIAL CIRCUIT
CHAMPAIGN COUNTY, ILLINOIS
101 EAST MAIN STREET, URBANA, ILLINOIS
61801
INCORPORATED CASE NO. 99-P-6
CHASE LEONHARD, ASSOCIATE JUDGE

## Declaration by Affidavit of Truth

Greetings,

Affiant's Bona-fide Christian Appellation name is spelled in line with Federal Styles Manual 1985 Roman 12 point in proper English to avoid the assumptions, presumption of a law merchant and challenge Erie Railroad vs. Thompkins 304 U.S. 64 ruling under color of law by design, thus making a Status change of name. Affiant's given name is Carl Maxine, family of Hubbartt Sui Juris – now age of majority, proceeding in Affiant's own right "birthright" Native American Sovereign, principal party of interest, not under any legal disability, guardianship or power of another. Should I make a mistake in procedure, it would be the duty of this Tribunal inferior to the supreme court, under Article 1, Section 8 [9] Law of Treaty 1789 Constitution to assist affiant – (find and correct any error) so Affiant may proceed for the purpose intended, for hearing merits drafted in The Nature of Writ of Mandamus With Brief in Support filed of record 12/13/04 by visitation as an Ambassador under International Law and Law of Nation, Treaty 1789 Constitution, Illinois Republic for one of these united States of America. Affiant at request of Cody, DeLane, family of Burch, one Native American, Sovereign by "Birthright" and member of Pembina Nation Little Shell Band Tribe, impose certain duties upon affiant – for his physical handicap (blindness) and status hearing from Chase Leonhard's alleged claim of mental health, for Cody Delane, Burch, creating necessary paperwork pertaining to, but not limited to cause/account 99-P-6 CODY D. BURCH legal fiction of law – Respondent – Establishment is to apply, via Article VI [3] asservation for Oath of Office, section [2] Treaties, the Judges in every state shall be bound thereby, and Article III – Section 2 [1] The judicial Power shall extend to all cases, in Law and Equity arising under this Constitution. Affiant hereby consents and accepts as best friend, Cody DeLane's requested counsel of choice, Amendment VI, from Cody Delane's affidavit / attested attached herewith. As Third Party Intervener Carl Maxine accepts all officers' Oaths of Office, pertaining with cause 99-P-6 by association, and enters into business matters

before Tribunal, SIXTH JUDICIAL CIRCUIT COURT CHAMPAIGN COUNTY ILLINOIS, shall include Article 1, Section 8. [3] in reservation, translated in English, Trial by Jury in Common Law. Now we have a binding private contract agreement. Upon filing with Clerk of Court and notices given to agents of Agencies, JAMES KUEHL et al., and WILLIAM L HATCH et als; CIRCUIT COURT SIXTH JUDICIAL CIRCUIT / CHAMPAIGN COUNTY / URBANA ILLINOIS MUNICIPALITY; DANIEL J WALSH; STATE OF ILLINOIS Attorney General, LISA MADIGAN, TODD SATHERWAITE on proof of Service, affiant will enter courtroom "J" for extraordinary matter for Cody DeLane, Burch, non-assumpsit – without prejudice. Affiant did prepare this instrument, affidavit of truth and read the words and phrases to Cody DeLane, Burch before entry into record and for the record, and done so with Cody DeLane's consent. As Grantee, Third Party Intervener; Carl Maxine, commands clerk of court to incorporate Affidavit of Truth, including In the Nature of Writ of Mandamus, With Brief in Support. Present to J.P. as top priority, on calendar day January 13, 2005 at 1:00 p.m. – Courtroom "J" setting to hear cause / account 99-P-6. With all due respect for the record and on record Affidavit of Truth has been filed timely and in good faith with no bad faith intended, with reservation of all Unalienable Rights. Respond, c/o 312 West Oak Street, Ashmore, Illinois.

Faithfully submitted,

Autograph, L.S.  _Carl Maxine, Hulbartt_ Seal

Unenfranchised Sovereign/Grantee; Counsel of Choice

Principal – Agent – Trustee – Secured Party Creditor

"but not individually"

A man appeared before me. A Notary Public identified himself and placed his hand as Seal to this instrument.

_____ Seal

Notary Public

6/30/08

My Commission Expires

1/11/05

Today's Date

OFFICIAL SEAL
PAUL E. RAMSEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 06/30/08

CONSENT BY CONTRACT



Cody DeLane/Burch sui juris, proceeding in my own right as principal/Secured party of Interest, authorized Representative for CODY D. BURCH © as Grantor, here now grant Carl Maxine, Family of Hubbartt as third party Intervener as cousel of choice – Amendment VI, in his own right to generate and submit all necessary paperwork for Cody Delane, Burch', to perform any and all commercial business as seems, deems necessary without bond to do so – on behalf of alleged case / Account No. 99-P-6 and AUTOTRIS, Reserve Bank Account D-60611886, to do all things pertaining with termination of Guardianship of Probates for discharge, closure and settlement of accounts now pending, applying Regulation Z, within 72 hours for timely settlement of accounts upon proof of service from date of acceptance by agent from their principal place of business. AUTOTRIS: is defined by Me as, Automated, Tracker, recovery, independent, Systems. Therefore: offer has been made and accepted by the undersigned parties to wit.

In reservation of All Rights, without prejudice.

Attested: _Cody Delane Burch_ Grantor:

Principal, without prejudice

Attested: _Carl Naxine g Hubbartt_ Grantee:

Principal, without prejudice

The above people did appear before Me, a Notary Public and placed their hand as Seal on this instrument to be true, correct and complete – This _10TH_ day A.D. 2005, January.

_Paul Ramsey_

Notary Public

_6/30/08_

My Commission Expires

Use of notary grants no jurisdiction over the parties:

**OFFICIAL SEAL**
**PAUL E. RAMSEY**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 06/30/08

_Carl Maxine Hubbartt_

principal Sovereign



# Certificate of Protest

As a notary Public for the County of Coles and State Of Illinois, I hereby issue this protest and certificate of dishonor in favor of Cody Delane, Burch and against James Kuehl et als: regarding Cody Delane, Burch's presentment in the Nature of Writ of Mandamus with Brief in Support, December 13, 2004 dated December 13, 2004, which was twice dishonored by James Kuehl et als: by non-acceptance and non-performance. I confirmed the dishonor myself. As of this date the associated dishonor has not been cured.

On this 7th day of January, 2005, I certify that:

Said presentment was sent by Certified Mail to:
James Kuehl, et als
301 West Green Street
Urbana, Illinois 61801
on December 13, 2004
by CERTIFIED MAIL # 7003 3110 0004 6900 6998
Received by: OAKLEY 12/16/04

I mailed Notice of Dishonor and a copy of the original presentment to:
James Kuehl, et als
301 West Green Street
Urbana, Illinois 61801
on December 21, 2004
by Certified Mail # 7002 2410 0000 0853 6635
with Certificate of Service signed by M OAKLEY, received 12-22-04

I contracted for private service from Advanced Investigator Services to deliver Notice of Protest and Opportunity to Cure to:
James Kuehl, et als
301 West Green Street
Urbana, Illinois 61801
on January 3, 2005
by private server David Phillips
with Affidavit of Service signed by Michelle Oakley, received 01-03-05 @ 11:05 A.M..

Sincerely,

_____     Date: 1/7/05
Notary Public

**AMENDED FILING**

Cody Delane, Burch, sentient Man Prepared this original document, Writ of Mandamus Title 28-1651-/ With Brief in Support. Now by consent of contract third party intervener herewith amends document to read, In the Nature of Writ of Mandamus with Brief in Support.

Administrative Tribunal d/b/a
CIRCUIT COURT SIXTH JUDICIAL CIRCU
CHAMPAIGN COUNTY ILLINOIS
CHANCERY COURT OF PROBATE
Incorporated Case No. 99-P-6
Forty-Second Congress.
Sess1.- Ch. 22-1871-Chase Leonhard [Judge]

**FILED**
SIXTH JUDICIAL CIRCUIT

DEC 1 7 2004

Linda S. Frank
CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY, ILLINOIS

1.   RE: Writ of Mandamus. Title 28 – 1651-/With Brief in support.

2.   For Remedy U.C.C. § 1-201, Honor, Appointment, Settlement and Closure.

3.   Dear James Kuehl:

4.   This Mandamus is an authorization appointing you to act or in your absents WILLIAM L.

5.   HATCH, as matter of record filed 1/14/1999, as the fiduciary trustee of AUTOTRIS account

6.   number 331688314 as alleged by case number 99-P-6. I also accept for Remedy, Honor, Value

7.   and Consideration in return the appointment of JAMES KUEHL as the Attorney and Guardian

8.   Ad Litem. I am authorizing JAMES KUEHL to use my exemption as pledged with Federal

9.   Reserve Bank, D-60611886. Cleveland, Ohio for settlement and closure of account number

10.  331688314 as drafted for case number 99-P-6 for me. I command the Court to release the Bid,

11.  performance and payment Bond forms 24, 25 and 25A and the products, proceeds, fixtures,

12.  order or Orders of the Court to me immediately. I, also accept all costs, reimbursements and

13.  disbursements for Honor, remedy, value and consideration in return and exchange.  This

14.  account is prepaid and exempt from levy. (see attachments, A-B-C) I command you to be

15.  honorable with good faith in your direction to prepare the necessary paper work for Chase

16.  Leonard [Proctor] enter and execute a closure and settlement "Order" on AUTOTRIS account

17.  number331688314 and terminate case 99-P-6 Guardianship and send by U.S. Postal Service,

18.  "without day" Final Order, discharge for judgment – your prompt attention in these business

19.  matters is commanded by regulation Z, within 72 hours for timely settlement of accounts. This

20.  presentment to you is done so in good faith without malice and no bad faith intended. The

21.  foregoing is true, correct and complete to the best of my knowledge, per 28 U.S.C. 1746(1).

22.                                              Faithfully Yours,

23.                                    With explicit reservation of all Rights Waiving none

24.  Autograph for  _Cody De Lane Burch_

25.                                    Cody DeLane, Burch Sui juris, Principal

26.                                    Agent and Authorized Representative,

27.                                    Dated this 13th day, December A.D. 2004.

28. ## Brief in Support

29. I, We, Myself impose this Brief in support of Writ of Mandamus as several attempts have been

30. made, to command this administrative Tribunal to terminate a certain guardianship as ref: 99-

31. P-6, probate, without consent – to contract – under Law of Treaty of nations – International

32. notice via U.C.C.1. Being of age of majority, sound mind, willingly and intentionally submit

33. certain information for consideration, was court in error by their decision to proceed, after

34. November 18, 2004 hearing, not to ex parte case / account number 331688314 – I am willing

35. and able to testify under penalty of perjury 26 U.S.C 6065 – Law of Treaty 1789 Constitution of

36. these united States of America to be true, correct, to the best of my knowledge and belief –

37. furnish my status as a Native American / Sovereign sentient man naturalized and lineal

38. descendant of my family, I, Cody DeLane, declare to be principal, secured party of interest,

39. and impose my unalienable Rights Treaty of 1778,as well as inalienable rights to be beneficiary
   under Law of Treaty, 1789 Constitution,

40. of these united States of America, and accept your Oath of Office to support this

41. Constitution, at Article III Section 2[1], The judicial power shall extend to all Cases, in Law and

42. Equity arising under this Constitution, etc. Citizens or Subjects.

43. I stand on who I am, and please take notice of Miranda vs. Arizona ruling. Once a Right has

44. been established, the Right can NOT be taken away or abrogated.

45. Using Statues and codes as a tool to contract without a full disclosure first to myself, Cody

46. DeLane, Burch, Principal, would be a regulation, which is inconsistent with law, is invalid (see

47. Title 5 U.S.C. § 301) Resolutions: "the chief difference between a resolution and a law is that a

48. resolution is used whenever the legislative body passing it which is merely to express an

49. opinion as to some given matter or thing and is only to have temporary effect on such thing,

50. while a law is intended to permanently direct and control matters applying to natural persons

51. and things in general." City of Salisburry V. Nagel, Mo. App., 420 S.W. 2nd 37, 43. Ex Parte

52. Hague, 104 NJ Eq. 31, A. 144 546, 559, Legislature is not a Law Koenig V. Flynn, 258 New

53. York 292, 179 North Eastern Court Reports 705, 707. The Congress cannot revoke the

54. Sovereign Power of the people to override their will as thus declared. [see Perry V. United

55. States, (1935), 294 U.S. 330, 353]. To impose or enforce law there must be a lawful Congress.

56. My research into Federalist paper show after September 24, 1862 – it would be under color of

57. law by design, or contract law – private or public. Having said the above, I truly hope there is

58. enough evidence herewith on proof of claim, to support my use of Writ of Mandamus and under

59. a lawful Congress with Original 1789, Constitution of these untied (Illinois) state of America.

60. This presentment to you, James Kuehl, is done so in good faith, without malice and no bad faith

61. intended. The foregoing is true, correct and complete to the best of my knowledge, without the

62. United States, per 28 U.S.C. 1746 (1).

63.                                        Faithfully I remain, with reservation of All Rights waiving none.

64.        Autograph L.S. _Cody DeLane, Burch_                               Seal

65.                              Cody DeLane, Burch, Sui Juris, Principal

66.                              and Authorized Representative,

67. Note: With all due respect for the record and on record. Do you have a special commission

68. under Title 10, Section 7355 of the uniform Code of Military justice, under principal of Law? If

69. so, please provide Me with a signed copy.

70. Cody DeLane, Burch, Principal. Authorized Representative did appear before me, a Notary

71. Public and placed his autograph to the foregoing document this Thirteenth Day of December –

72. Our Lord, A.D. 2004.

73. _____

74. Notary Public

75. _____6 / 30 / 08_____

76. My Commission expires:

**OFFICIAL SEAL**
**PAUL E. RAMSEY**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 06/30/08

CERTIFICATE OF SERVICE:

I, Cody DeLane, Burch, sui juris, Principal, certify and declare that the above Writ of Madnamus / with Brief in Support was mailed from the U.S. Post Office, at Mattoon, Illinois [61938], postage prepaid and sent by Certified Mail to the addresses and persons listed below, without malice and with no bad faith intended.

Attested by, _Cody De Jan, Burch_ Sui juris, Principal

This _/ 3 &_ day, December 2004 A.D. 1 pm c.s.t.

CC:    HONORABLE CHASE LEONHARD           JAMES KUEHL
       C/O 101 EAST MAIN STREET           THOMAS A. BRONO & ASSOC.
       COURTROOM J CHAMPAIGN COUNTY       301 WEST GREEN STREET
       COURTHOUSE, URBANA, ILLINOIS 61801 URBANA, ILLINOIS 61801

CC:    CLERK OF THE COURT LINDA S. FRANK  SHERIFF DANIEL J. WALSH
       C/O CHAMPAIGN COUNTY COURTHOUSE    C/O SHERIFF OFFICE AND
       101 EAST MAIN STREET               CORRECTIONAL CENTER
       URBANA, ILLINOIS 61801             204 EAST MAIN STREET
                                          URBANA, ILLINOIS 61801

CC:    AMBER BURCH                        WILLIAM L. HATCH
       2074 MIDYETTE, APT. 816            115 NORTH NEIL STREET
       TALLAHASSEE, FLORIDA 32301         CHAMPAIGN, ILLINOIS 61820

CC:    KEITH A. MILLER
       1925 MAPLE AVENUE
       MATTOON, ILLINOIS 61938

CC:    a)  NATIONAL UCC FINANCING STATEMENT (FORM UCC1)
           FILED WITH SECRETARY OF STATE, U.C.C. DIV. REF: SOSIL13:33-
           5598028FS – 07/24/02. ATTACHMENT A
       b)  U.C.C.3 – AMENDMENT ILLINOIS SOSIL 08:53 – 8725815 AM,
           ATTACHMENT B
       c)  U.C.C. ADDENDUM (Form UCC1 AD), ATTACHMENT C
       d)  (WRIT OF MANDAMUS) - BRIEF IN SUPPORT –

11/18/2004 CML/PAL
   1999-P -    6

Mr. Kuehl appears in his capacity as GAL. No appearance by any other party. Suggestion by Mr. Kuehl that the guardianship should be terminated or that, in the alternative, the Office of the State Guardian be appointed. The court reiterates its observations of July 28, 2004. The court declines to consider further the question of termination of guardianship until such time as the ward appears. Although the concerns that led to the guardianship in the first instance have apparently passed, the fact remains that the ward has filed a surfeit of what can only politely be characterized as neological pleadings over the course of several months. It may well be that the ward is no longer in need of a guardian. However, the record suggests the possibility of drawing an alternative inference that the ward is in need of a guardian due to intervening onset of mental illness. The court is of the opinion that it would be both irresponsible and contrary to the law to terminate guardianship ex parte and without a hearing. Accordingly, the renewed motion to terminate guardianship is denied. The court is unable to address the alternative request that the Office of the State Guardian be appointed because, until such time as the ward appears, the court is unable to determine whether the statutory eligibility of the State Guardian to serve has been established. The cause is continued for status to January 13, 2005 at 1:00 PM in Courtroom J. Mr. Kuehl is directed to send notice to the ward.

12/02/2004 PROBATE/CD
   1999-P -    6

Petition for Attorney's Fees on file.

12/06/2004 TJD/SEC

Order for Attorney's Fees entered. SEE ORDER.

**Estoppel Certificate**

CERTIFIED MAIL 7004 1350 0001 1819 8426

**November 22, 2004**

Cody Delane, Burch/Agent
Non-Domestic Mail
in care of 312 West Oak Street
Ashmore, near [61912]
Illinois state

James Kuehl
301 West Green Street
Urbana, IL. 61801-3200

James Kuehl,

Upon returning from a stay with friends, I was surprised to find an offer to contract from you delivered in care of 312 West Oak Street Ashmore, Illinois, directed to My private Secured Chattel Property, CODY D BURCH ©, as secured with a U.C.C.-1 filing with the Secretary of State of Illinois. Not only were you relieved of your duties to represent CODY D BURCH you were also noticed by certified mail # RB 721 446 061 US, on October 22, 2004 that any further usage of the trademarked/copyrighted name CODY D BURCH © or any derivative thereof would result in a Trademark/Copyright infringement for your attempted equitable use of the name for commercial gain and or profits through the courts. For each use you will be therefore invoiced an amount of USD 1,000,000.00, with a fee of 1 1/2% per month added every 30 days until settlement received.

Since you choose to trespass once again and go public with My copyright name by filing document/instruments with Linda S. Frank's office and made part of by entry of record, Champaign County Circuit Clerk without My permission, please find enclosed document returned to you as I will Not contract with you without being signed under penalty of perjury with My permission, and also find My Invoice in the amount as first stated.

I have acted timely and in good faith with no bad faith intended with presentment of Trademark/Copyright infringement. I will not be accountable for your misbehavior or miscarriage of administration. Please also find your offer to contract is herewith returned to you in its entirety.

NOTICE: Any response after ten (10) days from service will be taken as voidable.

Sincerely,

Cody Delane, Burch, Agent/Power of Attorney in Fact with Autograph

Enclosures: original offer, U.C.C.-3 notice of Trademark/Copyright, and Power of Attorney in
    Fact filed of record.

*Proof of Delivery / Presentment*
*Truth Affidavit — Notice / Demand*

Registered No. RB 721446061 US

| To Be Completed By Post Office | | Date Stamp |
|---|---|---|
| Reg. Fee $ 8.85 | | OCT 23 2004 |
| Handling Charge $ | Return Receipt $ | |
| Postage $ 1.06 | Restricted $ Delivery | |
| Received by | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

Customer Must Declare Full Value $ 500 00
☑ With Postal Insurance
☐ Without Postal Insurance

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

FROM: Cody DeLane, Burch
c/o 312 West Oak Street
Ashmore, Illinois [61912]

TO: James Kuehl
301 West Green ST,
Urbana, Il 61801

PS Form 3806, Receipt for Registered Mail
June 2002
Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at *www.usps.com* ®

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Kuehl
301 West Green Street
Urbana, IL 61801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name ) JM OAKLEY   C. Date of Delivery 10-25-04

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☑ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   RB 721 446 061 US

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

Return of Service For Estoppel Certificate
as noticed on November 22-04
as voidable in response from 10 day service
all other Facts remain as stated in body
of The instrument —

7004 1350 0001 1819 8426

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | UNIT ID: 0006 |
|---|---|---|
| Postage | $ | 0.60 | Postmark Here |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4.65 | 11/27/04   Clerk: TX150C |

Sent To  _James Kuehl_
Street, Apt. No.; or PO Box No.  _301 West Green_
City, State, ZIP+4  _Urbana, IL 61801_

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    James Kuehl
    301 West Green Street
    Urbana, IL. 61801-3200

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)  SMOAKLEY
C. Date of Delivery  11-29-04

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7004 1350 0001 1819 8426

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Amber Burl_
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_Amber Burch_   12/22/04

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

_AMBER BURCH_
_2074 MIDYETTE, APT 816_
_TALLAHASSEE, FLORIDA 32301_

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003 3110 0004 6900 6721

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

| | | |
|---|---|---|
| 7003 3110 0004 6900 6738 | | 7003 3110 0004 6900 6721 |

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

Sent To
_KEITH A MILLER_
_925 MAPLE AVE_
_MATTOON, ILLINOIS 61938_

Postage $   0.60
Certified Fee   2.30
Return Receipt Fee (Endorsement Required)   1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $   4.65

Postmark Here
Clerk: KJSRWC   12/15/04
UNIT ID: 0006

OFFICIAL USE

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

Sent To
_AMBER BURCH_
_2074 MIDYETTE, APT 816_
_TALLAHASSEE, FLORIDA 32301_

Postage $   0.60
Certified Fee   2.30
Return Receipt Fee (Endorsement Required)   1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $   4.65

Postmark Here
Clerk: KJSRWC   12/15/04
UNIT ID: 0006

OFFICIAL USE

---

**NDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

_KEITH A MILLER_
_925 MAPLE AVE_
_MATTOON, ILLINOIS 61938_

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
12/16/04

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

12/16/04

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)   7003 3110 0004 6900 6738

Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

_In the nature of,
Writ of Mandamus,
with Bref in Support
Svc - 12-15-04
(Return of Service)_

12/21/2004

Issue 12-15-04   Writ of Mandamus / Brief in Support
in this nature of Return of Service

PS Form 3811, February 2004    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WILLIAM L. HATCH
115 NORTH NEIL STREET
CHAMPAIGN, ILLINOIS 61820

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_____   12/16/04

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0004 6900 7001

102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage  $  0.60
Certified Fee  2.30
Return Receipt Fee (Endorsement Required)  1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $  4.65   12/15/04

UNIT ID: 0006
Postmark Here
Clerk: K3SWC

Sent To  WILLIAM L. HATCH
Street, Apt. No.; or PO Box No.  115 North Neil Street
City, State, ZIP+4  Champaign, Illinois 61820

PS Form 3800, June 2002    See Reverse for Instructions

IIICERTIFIED MAIL
7003 3110 0004 6900 6998

7003 3110 0004 6900 6998

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage  $  0.60
Certified Fee  2.30
Return Receipt Fee (Endorsement Required)  1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $  4.65   12/15/04

UNIT ID: 0006
Postmark Here
Clerk: K3SWC

Sent To  JAMES KUEHL
Street, Apt. No.; or PO Box No.  301 West Green St.
City, State, ZIP+4  Urbana, Illinois 61801

PS Form 3800, June 2002    See Reverse for Instructions

Request Type and Item Number:
rch    Extensive Search
n of Quick and Extensive Searches
Item Number:    Submit

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JAMES KUEHL
THOMAS A. BRUNO & ASSOC
301 West GREEN STREET
URBANA, ILLINOIS 61801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
OAKLEY   12/16/04

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0004 6900 6998

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Writ of Mandamus issued in support in the nature of Return of Service

---

7003 1010 0000 2097 8174

**U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | 0.60 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.65 |

UNIT ID: 0006
Postmark Here
Clerk: KJSNMC
12/15/04

Sent To: Linda S. Frank
Street, Apt. No.; or PO Box No. 101 East Main Street
City, State, ZIP+4: Urbana, Illinois 61801

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

CLERK OF THE COURT
LINDA S FRANK
Champaign County
COURTHOUSE: 101 EAST MAIN ST
URBANA, ILLINOIS 61801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X MCrook  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery  12/16
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Transfer from service label)  7003 1010 0000 2097 8174

Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

7003 1010 0000 2097 8167

**U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | 0.60 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.65 |

UNIT ID: 0006
Postmark Here
Clerk: KJSNMC
12/15/04

Sent To: HONORABLE CHASE LEONHARD
Street, Apt. No.; or PO Box No. c/o 101 EAST MAIN STREET
City, State, ZIP+4: Urbana, Illinois 61801

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

HONORABLE CHASE
LEONHARD
c/o 101 EAST MAIN STREET
COURTHOUSE
URBANA, ILLINOIS 61801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X MCrook  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery  12/16
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Transfer from service label)  7003 1010 0000 2097 8167

Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

7003 3110 0004 6900 6714

**U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | 0.60 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.65 |

UNIT ID: 0006
Postmark Here
Clerk: KJSNMC
12/15/04

Sent To: Sheriff Daniel J. Walsh
Street, Apt. No.; or PO Box No. 204 E. Main Street
City, State, ZIP+4: Urbana, Illinois 61801

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Sheriff DANIEL J. WALSH
204 EAST MAIN STREET
URBANA ILLINOIS 61801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery  12/16
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Transfer from service label)  7003 3110 0004 6900 6714

Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

Return Receipt for service To Linda S. Frank
Notice ~ Demand and Order

| Registered No. | | | Date Stamp |
|---|---|---|---|
| Reg. Fee $ | 13.10 | | |

RB721446075US

Handling Charge $    Return Receipt $ 1.75

UNIT ID: 0801
Clerk: KKPFJ7
10/12/04

Postage $    Restricted Delivery $

Received by 1.06    IC

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Customer Must Declare Full Value $ 5,000
☑ With Postal Insurance
☐ Without Postal Insurance

FROM: Cody DeLane, Busch N-Don-Mail in care of 312 West Oak Street Ashmore, near [61912] Illinois state

TO: Linda S. Frank C/o Champaign County Courthouse 101 East Main Street Urbana IL. 61801

PS Form 3806, June 2002    **Receipt for Registered Mail**    Copy 1 - Customer (See Information on Reverse)

For delivery information, visit our website at www.usps.com ®

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Linda S. Frank
C/o Champaign County Courthouse
101 East Main Street
Urbana, IL 61801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery 10/13

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☑ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)    RB 721 446 075 US

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

RECEIVED
SECRETARY OF STATE
UNIFORM COMMERCIAL CODE DIV.

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

2004 SEP 29  PM 4: 30

**A. NAME & PHONE OF CONTACT AT FILER** [optional]

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

⌐
　Cody-Delane; Burch
　Secured Party
　c/o 312 West Oak Street
　[near 61912] Ashmore
　Illinois  u.S.A.
　Non-Domestic Mail
└

UCU109/30/04:01:9094:
20.00 CK01
SOSIL 08:53    8725815 AM

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| Illinois SOSIL 5598028 FS 07/24/02 | ☐ |

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor  or  ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| OR  6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| OR  7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE  POSTAL CODE | COUNTRY |

| 7d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any    ☐ NONE |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

NOTICE: The following property is hereby entered into the commercial registry by the Below named Secured Party and registered in the same. Types of property and collateral include:

Declaration Trademark/Copyright Notice filed into public record, Document Number 2004R01852 on the 30th Day of August 2004 at 8:47 AM.
Power of Attorney in fact, Truth Affidavit in the Nature of Supplemental Rules for Administrative And Maritime Claims Rules c(6), filed into the Public Record 30th day of August 2004 8:46 AM, document number 2004R01851. Debtor is a Transmitting Utility. and the adjustment of this filing is in accord with Public Policy, HJR 192 of 5 June 1933 and UCC 10-104, furthermore all property is accepted for value and exempt from levy.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| OR  9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Burch | Cody | Delane |  |

**10. OPTIONAL FILER REFERENCE DATA**

ACKNOWLEDGMENT COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

*NOTICE TO Clerk*
*Gross or Failure to enter on Docket For 99-P-6*
*July 27-2004 - probate / C.M.H.*
*Power of attorney in Fact - attest -*
*By: Cost Makines, Hultbostt*

**FILED**
SIXTH JUDICIAL CIRCUIT

JUL 27 2004

### SETTLEMENT STATEMENT

*Linda S. Frank*
CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY ILLINOIS

RE: CASE/ACCOUNT NUMBER 99-P-6.

Who is the surety that can VOUCH for THE PEOPLE OF THE STATE OF ILLINOIS, STATE OF ILLINOIS, COUNTY OF CHAMPAIGN, or CHAMPAIGN COUNTY, JAMES KUEHL, any and all Principals, Agents and or Instrumentalities thereof?

There is no dispute of the facts concerning the charges of these proceedings. Cody Delane, Burch, Secured party and Authorized Representative having accepted and returned all charges/offers/dishonors for value for discharge and closure with an attached BOND on July 9, 2004, and the plaintiff named the legal entity(ies) of THE PEOPLE OF THE STATE OF ILLINOIS, STATE OF ILLINOIS, COUNTY OF CHAMPAIGN, or CHAMPAIGN COUNTY, JAMES KUEHL, any and all Principals, Agents and or Instrumentalities thereof, herein in dishonor.

Cody Delane, Burch, Secured party and Authorized Representative attached the debtor named in this action as ( ANY DERIVATIVE OF ) BURCH, CODY DELANE., defendant. Pursuant to the Illinois Compiled Statutes, Commercial Code, Uniform Commercial Code 810 ILCS 5/9-203 et seq., revised article 9, a creditor lien judgment is subordinate to a perfected security interest. Therefore the matter is settled and closed.

Any public matter is settled upon my acceptance of the charges and by closure on all attached collateral according to judicial procedure as defined by the Illinois Compiled Statutes, Commercial Code, Uniform Commercial Code 810 ILCS 5/9-601, revised article 9, and my claim is thereby reduced to judgment in favor of Cody Delane, Burch.

Cody Delane, Burch, Secured party and Authorized Representative did not find a check enclosed, nor the certified audit trail of all transactions of the original assessment including the voucher and all disbursement documents and receipts, nor the name of the party whom negotiated this item through the back office for settlement via the pass through account at the treasury window, nor the name of the party that finalized this transaction from the reserve account/suspense account for placement into the account number(s).

SETTLEMENT STATEMENT:                                    Page 1 of 2

1    Additionally, if there are any undisclosed debts and or secret contracts, open escrow(s), Cody Delane,

2    Burch, Secured party and Authorized Representative request full disclosure of any and all said open escrow(s).

3                              **Waiver of Protest**

4          Previous Dishonors of the legal entity(ies) of THE PEOPLE OF THE STATE OF ILLINOIS, STATE OF

5    ILLINOIS, COUNTY OF CHAMPAIGN, or CHAMPAIGN COUNTY, JAMES KUEHL, any and all Principals,

6    Agents and or Instrumentalities thereof, shall constitute a Waiver of Protest resulting in immediate default and grant

7    of signature by accommodation for Administrative and or Judicial Remedy for any and all sum(s) certain and the

8    Certified Audit Trail of all transactions for the original Voucher and all disbursement documents and or receipts.

9    Done this __23__ day of ___July___, a.D. 2004.

10                    Cody Delane, Burch, Secured Party and Authorized Representative for CODY DELANE,
                     BURCH, COMMISSIONED 09/9/77.

11                    312 West Oak Street
                     Ashmore, Illinois 61912

12

13                              **ATTESTATION**

14   STATE OF ILLINOIS        )
                              ) ss
15   COUNTY OF COLES          )

16   Affirmed and subscribed before me, a Notarial Officer/Notary Public. On this __23 RD__ day of

17   __July__, a.D. 200 _4_.

18   L.S.
                                            _____
                                            Notary Signature

19                                          __6/30/08__
                                            My commission expires
20

21   **OFFICIAL SEAL**
     **PAUL E. RAMSEY**                     state of ILLINOIS
     NOTARY PUBLIC, STATE OF ILLINOIS       Coles county
     MY COMMISSION EXPIRES 06/30/08

22   Copy: Charles Leonard;

23

24

25                                          _____
                                            Principle/Secured Party

26

SETTLEMENT STATEMENT:                                    Page 2 of 2

Claim Number: 99-P-6

Cody Delane, Burch
In care of 312 West Oak Street
Ashmore, near [61912]
Illinois state

Creditor

JAMES KUEHL
301 West Green Street
Urbana, IL. 61801-3200

DEBTOR

## PRIVATE

## AUTHORITY FIDUCIARY AGENT

I, Cody Delane, Burch, Principal, do hereby grant and issue full Authority to whomever to generate any and all paper-work necessary to balance the accounts to zero as My Fiduciary Agent in claim number 99-P-6.

The above is a true, accurate, complete, and not misleading.

Until then I am I am
Without prejudice UCC 1-207

Principal/ Secure

# PRIVATE

Cody Delane, Burch
In care of 312 West Oak Street
Ashmore, near [61912]
Illinois state



## AGENTS OF THE CROWN

Greetings:

Attached you will find a copy of the Bond and Authority by Cody Delane, Burch of Fiduciary Agent to give whomever full Authority to generate any and all paper work necessary to balance the account to zero, and close and discharge the account.

It has also come to My attention that the Court has converted Cody Delane, Burch's Given name into that of a fiction.

Also attached you will find a bond issued by Cody Delane, Burch. The Bond is for discharge of debt concerning claim number 99-P-6.

As I am unaware of the value placed on the claim, you may fill in the value that will satisfy the debt. The amount filled in need only be enough to close the account and balance to 0.

Until then I am I am,
Without prejudice UCC 1-207

Principal/Secured Party

Claim number: 99-P-6

Cody Delane, Burch
In care of 312 West Oak Street
Ashmore, near [61912]
Illinois state

      Creditor

JAMES KUEHL
301 West Green Street
Urbana, IL. 61801-3200

      Debtor

**Private**

**NOTICE OF PRINCIPLE**

Cody Delane, Burch Principle, gives now **"Notice"** to all Officers/Agents of the Court/Crown that I, Cody Delane, Burch is hereinafter, Principle/Secured Party for the **"Strawman Account." CODY DELANE BURCH** Principle, Notices all Agents and Agencies that all paper work, instruments are accepted for value, returned for closure and discharged and bring all account(s) balanced to zero. Principle has issued a "Notice of Fiduciary Agent" and the Bond to balance the account to discharge, furthermore the only thing the Principle will accept is discharged, release, and closure immediately, returning said acts to Principle.

The agents have (3) three days to respond on the bonds and (5) five days to answer all paperwork that has been accepted for value and returned for closure and discharge.

The above is true, accurate, complete and not misleading on this __16__ day of July our Lord, A.D. 2004.

Until then I am I am
Without Prejudice UCC1- 207

*Cody De Lane Burch*
Principle/Secured Party

# Instructions for Bonds

Date: _July 16 - 2004_

Registered Mail _____

Cody Delane, Burch
c/o 312 West Oak Street
Ashmore, near [61920]

Docket: Immediate action required
      Linda S. Frank, CIRCUIT CLERK
      C/o Champaign County Courthouse
      101 East Main Street
      URBANA, ILLINOIS 61801



      CASE NO.99-P-6

        AGENTS:

      JAMES KUEHL
      DANIEL J. WALSH
      CHARLES LEONARD

      To each and all of the above concerning CASE NO. 99-P-6, regarding one CODY D BURCH. The debt has been satisfied with the attached bond. Please Discharge Docket Case and release BURCH, CODY D. from the Crowns purported penal debt guardianship system and notify me when you have done this. I accept your offers to contract dated May 6, 2004, and May 7, 2004, and all previous contract offers, and I am returning this to you for closure and Discharge of this matter. This Bond is attached to the Master Bond of the Judge. The Bond is also attached to the Clerk of the Courts Bond, The Sheriffs Bond, and anyone else in the courtroom involved in this case. Equality under the law is paramount. I am competent to handle this matter. I am hereby firing the Attorney James Kuehl, (guardian ad litem), Linda S. Frank, the court clerk, and anybody that has anything to do with this case. I am declaring these people incompetent. Return the voucher in 3 days from receipt of this letter. You are using my exemption.

      You have converted my given name into that of a fiction.

By: Cody Delane, family of Burch, a man holder in due course, Principal, Owner

Claim # 99-P-6

Cody Delane, Burch
Non-Domestic Mail
in care of 312 West Oak Street
Ashmore, near [61912]
Illinois state

Creditor

James Kuehl
301 West Green Street
Urbana, IL. 61801-3200

DEBTOR

## **Certificate of Service**

I certify that the foregoing instruments were sent REGISTERED Mail, to:

James Kuehl, 301 West Green Street, Urbana, IL. 61801-3200.

The above is True, Accurate, Complete and not misleading on this ___/ 6___ day of our

Lord, A.D. July, 2004.

Until then I am

Without Prejudice UCC 1-207.

Principal/Secured

Registered Mail # _____

Copy(s): Daniel J. Walsh; Daniel W. Hynes; Jesse White
Charles Leonard; Rod R. Blagojevich; Linda S. Frank
Illinois Bar Association; British Consulate-General

# Champaign County Circuit Court

No. 99 P 6

| ATTORNEYS | |
|---|---|

HATCH WILLIAM L.
115 NORTH NEIL
CHAMPAIGN            IL 61820

    IN THE MATTER OF THE GUARDIANSHIP

              - OF -

    CODY D BURCH

    FILED  1/14/1999

---

1/14/99 AAE/TSC        Petition for Appointment of Guardianship
   99-P -   6          is filed instanter.
                       The Court appoints BIANCA GREEN as GAL.
                       SEE ORDER.   Cause set for emergency hearing
                       on Jan. 22, 1999 at 1:30 p.m. in K.
                       Mr. Hatch to send all notice required.


1/22/99 AAE/TSC        Petitioner(s) appears with Wm. Hatch.
                       GAL, Cheryl Handy appears for the respondent.
                       Proof of service of Summons and Notice of
                       Hearing on file.  Doctor's report on file.
                       Cause called for hearing on Petition To Appoint
                       Temporary Guardian.  Witness sworn.  Evidence
                       heard.   The Court finds the respondent is a
                       disabled person in need of an appointed Guardian.
                       The Court finds that Amber Burch is qualified
                       willing and able to act as guardian.
                       The Court appoints Amber Burch as temporary
                       guardian of the person and estate.
                       Bond set in the amount of $1,000, personal surety.
                       Letters to issue upon filing of oath and bond.

                       GAL fees reserved.

                       Written Order to be entered.

### IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
### CHAMPAIGN COUNTY, ILLINOIS

| | | |
|---|---|---|
| STATE OF ILLINOIS | } | |
| | } | |
| Alleged Trustee | } | Cause No:  99-P-6 |
| | } | |
| Against | } | |
| | } | |
| | } | |
| CODY D BURCH © | } | |
| | } | |
| Alleged Debtor | } | |

### SUMMARY JUDGMENT ORDER

This private matter was heard on July 28, 2004, and set on calendar to be considered out of time on probate. Upon newly discovered evidence this Court finds in favor of CODY D BURCH © that Guardianship 99-P-6 shall be terminated, "without day".

IT IS HEREBY ORDERED:

1) A judgment is entered against State probate Agency, and is in favor of CODY D BURCH ©, account 99-P-6 is to be terminated and closed immediately.
2) A copy of this ORDER is to be forwarded to CODY D BURCH © at his last known address by US Mail, 312 West Oak Street, Ashmore, IL 61912.

_____

Date:

ENTER: _____

Prepared by:
Cody Delane, Burch
Non-Domestic
c/o 312 West Oak Street
Ashmore, Illinois

# THOMAS A. BRUNO & ASSOCIATES

### *Attorneys and Counselors at Law*

May 6, 2004

Cody D. Burch
312 West Oak Street
Ashmore, IL 61912

Dear Mr. Burch:

Enclosed find a copy of the motion I filed seeking the appointment of the office of the State Guardian to be the guardian of your estate and person. I did not want to file this motion. As you know, I filed a motion to end this case once and for all. However you have now failed to come to court twice. If you had come to court either time the judge would have ended this case. He was favorably impressed with the medical opinion that you provided. But the judge will not dismiss the case unless you personally come to court. If you do not come to the next hearing, the judge will have little choice but to make the State Guardian your guardian. This would mean that the State would take over your benefits and your property and could make medical decisions for you. No one wants this to happen, but if you do not come to court this will happen.

I know that you think that your previous motion and order signed by a clerk have legal force. They do not. An assistant clerk has no authority to override an order by a judge. You must go to court and have the judge sign the order before it has any legal effect.

The next scheduled court date is July 28, 2004 at 1:30 p.m. in Courtroom "J", the same courtroom you were in before. Please call me with your questions.

Sincerely,

James Kuehl

JK:meb
enclosures





# Champaign County Circuit Court   No. 99-P-6

PS-3

| ATTORNEYS | |
|---|---|

1/21/2004 PROBATE/CD   Petition to Terminate Guardianship and Motion to
Strike on file.
Affidavit of Truth for Judgment by Default and
Affidavit of Service and Writ of Paecipe on file.

2/18/2004 PROBATE/CD   Affidavit of Truth and Response and Writ of
Praecipe and Order for Entry of Default on file.

3/01/2004 CML/JW   Attorney James Kuehl appears as GAL for the
Ward.  Cody Birch appears personally.  Mary
Elizabeth Birch, Spouse, appears personally.
Carl Hubbard also appears personally.  Cause
reallotted for further proceedings as to the
Petition to Terminate Guardianship 4/6/2004, 9:00
a.m., Courtroom J.  Mr. Kuehl is to give notice.

3/01/2004 PROBATE/CD   Certificate of Discharge and Determination of Tax
on file.

4/06/2004 CML/JW   Attorney James Kuehl appears on behalf of the
Respondent Ward.  No appearance by any other
party.  Cause reallotted for further proceedings
4/27/2004, 11:45 a.m., Courtroom J.  Mr. Kuehl is
to give notice to all appropriate parties.

4/27/2004 CML/JW   Attorney James Kuehl appears on behalf of the.
Respondent Ward.  No appearance by any other
party.  No proof of notice on file.  Cause
continued for further proceedings 7/28/2004, 1:30
p.m., Courtroom J.  Mr. Kuehl is to give notice.

5/07/2004 PROBATE/CD   Motion to Appoint State Guardian on file.

7/28/2004 CML/JW
1999-P - 6

Attorney James Kuehl appears as GAL.  Ward
appears personally.  Cause called for hearing on
Petition to Terminate Guardianship.  Motion is
DENIED.

*Be gone/ Be gone*

10/15/2004 CML/PAL   J. Kuehl appears and make a suggestion that this
matter was allotted for a status hearing this date
On the Court's own motion, cause allotted for
Status Hearing to 11/18/2004 at 9:00 AM in
Courtroom J.  Mr. Kuehl to send notice.

COPY

## **RETURN OF SERVICE**

SIXTH JUDICIAL CIRCUIT COURT
COUNTY OF CHAMPAIGN, ILLINOIS

CODY BURCH and
MARY BURCH,
     Petitioners,

CASE: <u>99-P-6</u>

Vs.

AMBER BURCH,
     Respondent.

**FILED**
SIXTH JUDICIAL CIRCUIT

MAR 0 1 2004

Linda S. Franks
CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY, ILLINOIS

—————————/

FOR:  Cody Burch
      312 W. Oak
      Ashmore, IL   61912

     Received by Private I Investigative Services, Inc. **Writ of Praecipe, Affidavit of Truth, Order for Entry of Default, and Response** on the <u>18th</u> day of <u>February</u>, 2004 at <u>10:30 a</u>.m. to be served to **Amber Burch, 2074 Midyette, Apt #816, Tallahassee, Florida.** I, <u>MaryAlyce Summers,</u> do hereby affirm that on the <u>18th</u> day of <u>February</u>, 2004, at <u>12:45 p</u>.m., executed service by delivering a true copy of the **foregoing documents** in accordance with state statutes in the manner marked below:

**(XXX)**  INDIVIDUALSERVICE: By serving, <u>Amber Burch,</u> the above-named with a true copy of the documents.

**COMMENTS:**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

MaryAlyce Summers
Process Server <u>#093,</u>
Appointed in accordance w/State Statutes

**Private I Investigative Services, Inc.**
257 Pinewood Drive
Tallahassee, FL 32303
  850 671-3301



FILED
SIXTH JUDICIAL CIRCUIT

JAN 2 1 200'.

## Sixth Judicial Circuit Court
## County of Champaign, Illinois

ایسے S. Fے
CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY ILLINOIS

| | |
|---|---|
| · Cody DeLane, Burch | ) |
| Mary Elizabeth, Burch | ) Affidavit of Truth for Judgment by Default |
| c/o 312 West Oak Street | ) Federal Rules of Civil Procedure Rule |
| Ashmore, Illinois    . | ) 55(b)(1) |
| Petitioners | ) |
| -vs- | ) Incorporated Case **99-P-6** |
| James Kuehl [Guardian Ad Litem]et al; | ) Judge **Leonard** |
| Respondents | ) |

     I. Cody DeLane, Burch and Mary Elizabeth, Burch Petitioners affirms/avers under Pains and Penalties of Perjury under Laws of united States of America deposes and states following:

     1) Cody DeLane, Burch and Mary Elizabeth, Burch Petitioners are Affiants within Affidavit of Truth for Judgment by Default.

     2) Affiants are over age of Twenty-one and competent for testifying.

     3) Affiants' Affidavit of Truth for Judgment by Default is made timely and in Good Faith with no just cause for delay.

     4) December 18, 2003; Affiants filed a responsive pleading entitled "Petition for Removal of all Guardianships" against Respondents Keith Miller [Guardian] and James Kuehl [Guardian Ad Litem] with Sixth Judicial Circuit Court for county of Champaign, Illinois.

     5) December 22, 2003; Respondent Keith Miller [Guardian] received serviced by hand with Affiants' Petition for Removal of all Guardians for "Accord and Satisfaction" of Federal Rules of Civil Procedure Rule 4 for Service of Process.

     6) December 22, 2003; Respondent James Kuehl [Guardian Ad Litem] recieved service of Affiants' Petition for Removal of all Guardianships by pre-paid Certified Mail of United States.

     6) Respondents Keith Miller [Guardian] and James Kuehl [Guardian Ad Litem] possessed twenty days for submitting a mandatory responsive pleading in nature of an Answer, Pleading or Defense against Affiants' Petition for Removal of all Guardianships.

<u>Page 1 out of 5 Affidavit of Truth for Final Judgment by Default</u>

7) January 12, 2004; Respondents Keith Miller [Guardian] and James Kuehl [Guardian Ad Litem] time for submitting a mandatory responsive pleading in nature of an Answer, Pleading or Defense against Affiants' Petition for Removal of all Guardianships expired.

8) January 13, 2004; Respondents Keith Miller [Guardian] and James Kuehl [Guardian Ad Litem] neglected timely statement(s) claiming relief under Federal Rules of Civil Procedure Rule 8(a) for Statement(s) claiming relief within a mandatory responsive pleading in nature of an Answer, Pleading or Defense against Affiants' Petition for Removal of all Guardianships.

9) January 13, 2004; Respondents Keith Miller [Guardian] and James Kuehl [Guardian Ad Litem] neglected timely submission of a Pleading under Federal Rules of Civil Procedure Rule 7(a) for Pleading against Affiants' Petition for Removal of all Guardianships.

10) January 13, 2004; Respondents Keith Miller [Guardian] and James Kuehl [Guardian Ad Litem] neglected timely joinder as a named Party under Federal Rules of Civil Procedure Rule 12(b)(7) and Federal Rules of Civil Procedure Rule 19 for Joinder as named Party(s) with Affiants' Petition for Removal of all Guardianships.

11) January 13, 2004; Respondents Keith Miller [Guardian] and James Kuehl [Guardian Ad Litem] neglected appearance as a named Party under Federal Rules of Civil Procedure Rule 16(f) for neglected a timely appearance as named Party(s) subjecting Respondents Keith Miller [Guardian] and James Kuehl [Guardian Ad Litem] against sanctions by way of Judgment by Default.

12) January 13, 2004; Affiants' applied for Default under Federal Rules of Civil Procedure Rule 55(a) for Entry of Default with Sixth Judicial Circuit Court for county of Champaign, Illinois against Respondents Keith Miller [Guardian] and James Kuehl [Guardian Ad Litem] for neglecting timely a mandatory responsive pleading by way of an Answer, Pleading or Defense against Affiants' Petition for Removal of all Guardianships.

13) January 13, 2004; Clerk of Court for Sixth Judicial Circuit Court for county of Champaign, Illinois made an Official Entry of Default against Respondents Keith Miller [Guardian] and James Kuehl [Guardian Ad Litem] neglecting a mandatory

responsive pleading timely by way of an Answer, Pleading or Defense against Affiants'
Petition for Removal of all Guardianships by Federal Rules of Civil Procedure Rule 6 for
Computation of Time under Federal Rules of Civil Procedure Rule 12(a) for Time and
required response.

14) January 20, 2004; Respondent Keith Miller [Guardian] received service of
Affiants' application for Default with signed Order of Default made by Clerk of Court for
Sixth Judicial Circuit Court for county of Champaign, Illinois.

15) January 20, 2004; Respondent James Kuehl [Guardian Ad Litem] received
service of Affiants' application for Default with signed Order of Default made by Clerk
of Court for Sixth Judicial Circuit Court for county of Champaign, Illinois.

16) Respondents Keith Miller [Guardian] and James Kuehl [Guardian Ad Litem]
possessed a period of grace of Five Business Days by Federal Rules of Civil Procedure
Rule 6(d) for time of answering Instruments for curing Affiants' Entry of Default under
Federal Rules of Civil Procedure Rule 55(a) for Entry of Default.

17) January 20, 2004; Respondents Keith Miller [Guardian] and James Kuehl
[Guardian Ad Litem] time for curing Affiants' Entry of Default under Federal Rules of
Civil Procedure Rule 55(a) for Entry of Default expired.

18) January 20, 2004; Respondents Keith Miller [Guardian] and James Kuehl
[Guardian Ad Litem] presented no timely reasonable defense against merits of Affiants'
Petition for Removal of all Guardianships or application for Default with a signed Order
of Default made by Clerk of Court for Sixth Judicial Circuit Court for county of
Champaign, Illinois.

19) January 20, 2004; Respondents Keith Miller [Guardian] and James Kuehl
[Guardian Ad Litem] presented no timely excuse reasonable for neglecting a mandatory
responsive pleading in nature of an Answer, Pleading or Defense against Affiants'
Petition for Removal of all Guardianships.

20) January 20, 2004; Respondents Keith Miller [Guardian] and James Kuehl
[Guardian Ad Litem] did not act within due diligence after serviced with Affiants'
Petition for Removal of all Guardianships and application for Default with a Order for
Entry of Default under Federal Rules of Civil Procedure Rule 55(a) for Entry of Default.

of any Nation which United States is Allied in prosecution of any War nor Respondents Keith Miller [Guardian] and James Kuehl [Guardian Ad Litem] been ordered to report for induction under Selective Training and Service Act of 1940 nor are Respondents Keith Miller [Guardian] and James Kuehl [Guardian Ad Litem] members of enlisted Reserve Corps ordered to report for military service.

27) "Accord and Satisfaction" of all requirements are met within Federal Rules of Civil Procedure Rule 55(b)(1) for Judgment by Default be entered by Clerk of Court for Sixth Judicial Circuit Court for county of Champaign, Illinois under guidelines of Federal Rules of Civil Procedure Rule 58 for Final Judgment by Default be entered without Delay and placed upon Docket of Sixth Judicial Circuit Court for county of Champaign, Illinois by Federal Rules of Civil Procedure Rule 79(a) for Placement upon Docket.

28) All presentment of Facts within Affiants' Affidavit of Truth for Final Judgment by Default are very best of Affiants' knowledge, so help us God.

29) Further Affiants sayeth Naught.

Respectfully Submitted,

_____
Cody DeLane, Burch Petitioner

_____
Mary Elizabeth, Burch Petitioner

_____  Date: Jan. 21. 2004 a.D.
Witness

_____  Date: Jan 21.2004 a.D.
Witness

Sixth Judicial Circuit Court
County of Champaign, Illinois

**FILED**
SIXTH JUDICIAL CIRCUIT

DEC 18 2003

Linda S. Frank
CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY, ILLINOIS

| | |
|---|---|
| · In Re Matter of: | ) |
| Cody DeLane, Burch | ) Petition for Removal of Guardianships |
| C/o 312 West Oak Street | ) Federal Rules of Civil Procedure Rule 7 |
| Ashmore, Illinois 61912 | ) |
| Mary Elizabeth, Burch | ) |
| C/o 312 West Oak Street | ) Incorporated Case _99 P. 6_ |
| Ashmore, Illinois 61912 | ) |
| Petitioners | ) |
| -vs- | ) Judge ~~Clemmons~~ _Leonhard_ |
| James Kuehl [Guardian Ad Litem] | ) |
| 301 West Green | ) |
| P.O. Box 1026 | ) Brief In Support |
| Urbana, Illinois | ) |
| Amber Burch [Guardian] | ) |
| 2074 Midyette, Apartment Number 816 | ) |
| Tallahassee, Florida 32301 | ) |
| Keith A. Miller [Guardian] | ) |
| 1925 Maple Avenue | ) |
| Mattoon, Illinois 61938 | ) |
| Respondents | |

1) Cody DeLane, Burch and Mary Elizabeth, Burch Petitioners moves Sixth Judicial Circuit Court, County of Champaign remove Respondents James Kuehl [Guardian ad Litem], Amber Burch [Guardian] and Keith A. Miller [Guardian] over cause number 99-p-6 upon change of status of Cody Delane, Burch Petitioner.

2) Cody DeLane, Burch and Mary Elizabeth, Burch Petitioners' Petition is made timely and in Good Faith with no just cause for delay.

3) Cody DeLane, Burch and Mary Elizabeth, Burch Petitioners' is setforth within Petitioners' Brief in Support adopted and incorporated by reference.

Respectfully Submitted,

Cody DeLane, Burch Petitioner

Mary Elizabeth, Burch Petitioner

_____ Date _12-12-03_
Witness

_____ Date _12/12/03_
Witness

Page 2 of 7

## Affidavit of Truth and Facts

Cody Delane Burch deposes under Pains and Penalties under Laws of the united States of America and states the following:

1) Cody Delane Burch is Affiant within this Affidavit of Truth and Facts.
2) Affiant is over age of twenty-one years of age and competent for testifying.
3) Affiant's Affidavit of Truth and Facts is made timely and in good faith.
4) Upon an injurious act by others committed in 1997, left your Affiant not of conscious mind.
5) Acts committed by others appointed Guardian ad Litem and two co-guardians without My permission.
6) Upon Affiant regaining His conscious state of mind, no one person gave a full disclosure pertaining to such guardianship.
7) Your Affiant is a sentient Man within this petition for removal of Guardianship.
8) My status was changed through marriage to Mary Elizabeth Hamerstock, Burch on August 23, 2003.(see Exhibit)
9) Your Affiant was NEVER contacted by phone or in writing from any court appointed Guardian(s) inquiring about my health well-being or household affairs since 2001.
10) Bianca T. Green, former Guardian-ad-litem, noticed Co-Guardian(s) of a past hearing of change and no response was noted.
11) FACT: If your Affiant has survived this long, should anyone trespass upon My wife Mary and Myself?
12) All presentments of facts within Affiant's Affidavit of Truth status and Facts are very best of Affiant's knowledge, so help Me God.

Respectfully Submitted,

Cody D. han Burch

autograph

Dated this 2 1 day of October, 2003

Illinois state         )
                       )
Champaign County       )

The Man whose autograph appears above has appeared before me, the Notary Public, and provided me with sufficient proof of identification, and as notary to witness same under my Seal as set forth below attested.

Notary Public

**"OFFICIAL SEAL"**
**SYLVIA D. LIMES**
Notary Public, State of Illinois
My Commission Exp. 04-07-07

5 of 7
Page 3 of 5 and Exhibit

## Affidavit of Truth and Facts

Mary Elizabeth Burch deposes under Pains and Penalties under Laws of the united States of America and states the following:

1) Mary Elizabeth Burch is Affiant within this Affidavit of Truth and Facts.
2) Affiant is over age of twenty-one years of age and competent for testifying.
3) Affiant's Affidavit of Truth and Facts is made timely and in good faith.
4) Your Affiant is a sentient woman within this Petition for Removal of Guardianship.
5) Your Affiant was united in Marriage to Cody Delane Burch, on August 23, 2003.(see Exhibit)
6) Your Affiant was never contacted by anyone opposing marriage from any court appointed guardian.
7) Cody Delane Burch performs all duties as head of household of which I am in agreement with.
8) Your Affiant entered a marriage contract lawfully and legally without full disclosure from anyone, and to hold such guardianship over our marriage would be in direct conflict of interest.
9) All presentments of facts within Affiant's Affidavit of Truth status and Facts are very best of Affiant's knowledge, so help Me God.

Respectfully Submitted,

*Mary Elizabeth Burch*
autograph

Dated this __2 1__ day of October, 2003

Illinois state          )
                        )
Champaign County     )

The Woman whose autograph appears above has appeared before me, the Notary Public, and provided me with sufficient proof of identification, and as notary to witness the same under my Seal as set forth below attested.

Notary Public

```
OFFICIAL SEAL
SYLVIA D. LIMES
Notary Public, State of Illinois
My Commission Exp. 04-07-07
```

RECEIVED
SECRETARY OF STATE
UNIFORM COMM. CODE DIV.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

2002 JUL 23 PM 1: 32

UCU207/24/02:01:0859:
20.00 CT01
SOSIL 13:33  5598028 FS

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

> Cody-Delane; Burch
> Secured Party
> c/o 312 West Oak Street
> [near 61912] Ashmore
> ILLINOIS u.S.A.
> Non-Domestic Mail

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

**1a. ORGANIZATION'S NAME**

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| (any derivatives of)  BURCH | CODY | DELANE | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. 312 WEST OAK ST. | ASHMORE | IL. | 61912 | U.S. |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| 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 | | | | | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

**2a. ORGANIZATION'S NAME**

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only one secured party name (3a or 3b)

**3a. ORGANIZATION'S NAME**

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| without prejudice*  BURCH | CODY | DELANE | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 312 West Oak Street | Ashmore | IIL. | [61912] | uSA |

**4. This FINANCING STATEMENT covers the following collateral:**

Notice: This is the commercial registration by the above named Secured Party, employer identification number 331688314 and ILLINOIS BIRTH CERTIFICATE NUMBER 112-77 069409 a living soul, hereby secures the rights, interest and title in ILLINOIS BIRTH CERTIFICATE number 112-77 069409 as received by the ILLINOIS DEPARTMENT OF PUBLIC HEALTH STATISTICS (Division of Vital Statistics) and the pledge represented by same included but not limited to, the pignus, hypotheca, hereditments, res, the energy and all products derived therefrom, but not limited to all capitalized name BURCH, CODY DELANE; CODY DELANE BURCH, CODY D. BURCH, or any derivative thereof, and all contracts, all signatures and agreements predicated on the "STRAW MAN" described above DEBTOR. Debtor is a Transmitting Utility. Adjustment of this filing is in accord with Public Policy, HJR 192 of 5 June 1933 and UCC 10-104, furthermore all property is accepted for value and exempt from levy.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum | | [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]  [optional] | | All Debtors  Debtor 1  Debtor 2 | |

**8. OPTIONAL FILER REFERENCE DATA**

Original filing statement for Illinois. * use of all caps for secured party does not grant jurisdiction in any form, for filling only.

ACKNOWLEDGMENT COPY— NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

RECEIVED
SECRETARY OF STATE
UNIFORM COMMERCIAL CODE DIV.

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

2004 SEP 29 PM 4: 90

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Cody-Delane; Burch
Secured Party
c/o 312 West Oak Street
[near 61912] Ashmore
Illinois u.S.A.
Non-Domestic Mail

UCU109/30/04:01:9094:
20.00 CK01
SOSIL 08:53    8725815 AM

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
Illinois SOSIL 5598028 FS 07/24/02

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

NOTICE: The following property is hereby entered into the commercial registry by the Below named Secured Party and registered in the same. Types of property and collateral include:

Declaration Trademark/Copyright Notice filed into public record, Document Number 2004R01852 on the 30th Day of August 2004 at 8:47 AM.
Power of Attorney in fact, Truth Affidavit in the Nature of Supplemental Rules for Administrative And Maritime Claims Rules c(6), filed into the Public Record 30th day of August 2004 8:46 AM, document number 2004R01851. Debtor is a Transmitting Utility. and the adjustment of this filing is in accord with Public Policy, HJR 192 of 5 June 1933 and UCC 10-104, furthermore all property is accepted for value and exempt from levy.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
Burch | Cody | Delane |

10. OPTIONAL FILER REFERENCE DATA

ACKNOWLEDGMENT COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

*attachment – C –*

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| | 9a. ORGANIZATION'S NAME |
|---|---|

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| BURCH | CODY | DELANE |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

| | 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| | 12a. ORGANIZATION'S NAME |
|---|---|

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description:

Additional collateral also includes Illinois Drivers Identification card Number 6201-0477-226B; Florida Identification Card # B620-104-77-289-1; and Social Security Account Number: 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 AND D60611886; all have been accepted for value and exempt from levy.

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☒ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

ACKNOWLEDGMENT COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)