E-FILED
Monday, 14 February, 2005  03:45:17 PM
Clerk, U.S. District Court, ILCD

```
U.S. District court              )
201 South Vine, Street           )
Room 218                         )
Urbana, Illinois 61801           )
                                 )
                                 )      /s/ Harold A. Baker, Judge
                                 )      Cause 05-2028
                                 )      For – state Case No. 99-P-6
                                 )
                                 )
```

FILED
FEB 14 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Declaration of Status <u>by Affidavit of Truth</u>, per legem terrae

Greetings Agents of Agencies:

With all due respect for record and on record, county, state or federal Grantee by contract with Cody DeLane, Burch, depose under penalty of perjury, following is True, correct so help Me God. Responding to authority of above Court by Special Visitation, seeking justice for Grantor, Cody DeLane, Native American/Sovereign. Utilizing the common law maximum of necessity (that which is not otherwise permitted, necessity allows and necessity makes a Right, the absolute supreme law).

As Third Party Intervener, for CODY D. BURCH and sentient man, Cody DeLane, Burch, attest by public notice. My Bona fide Christian Appellation name is spelled in a Court record via Federal Styles Manual 1985 Roman 12 point, using English grammar to read, C-a-r-l M-a-x-i-n-e family name H-u-b-b-a-r-t-t. voiding assumptions, presumptions of a law merchant, and challenge Erie Railroad vs. Thompkins 304 U.S. 64 ruling by design. Status remains private Christian.

I direct the above and below attachments for deputy clerks assumption in Error upon filing certain documents and on receipt of file fee, adding a Zip code to mail location of Carl Maxine, without his consent to address Court in a Foreign Venue.

A partial list of status change was addressed to George Walker, Bush Jr, President, Chief Justice Rehnquist, Attorney General, Jim Ryan, State of Illinois, Cumberland County, ss. Jesse White, via Apostille.

Affiant, submit the following, without malice only good faith and without prejudice to same;

a). page 1 of 3 – Actual and constructive Notice Date July 10, 2000 A.D.

b). page 1 of 8 under private Seal, to thirty plus agents and agencies – state and federal.

c). page 2 of 2, Declaration of Expatriation, addressed at George W. Bush Jr., President of United States via (no. 343

3391 936). 25 October, 2001 A.D.

d). page 1 of 5 – Chief Justice Rehnquest, Declaration of Non-Juristic Status – of Expatriation. 20 March 2002.

e). Page 1 of 5 – State of Illinois, Apostille. February 19, 2002.

U.S. Postal Service cannot discriminate against Sovereign for non-usage of Zip Code (see) postal reorganization Act Section 403 Public Law 91-375.

With explicit reservation of all Rights waiving none

Private Christian, Principal

Autograph *Earl Maxine, Hubbortt* Seal

One Man did appear before Me, a Notary public and placed hand "Seal" autograph, known to Me upon said instrument, to be correct and complete, best of my knowledge.

February ___Fourteenth___ Day A.D. 2005

___[signature]___                                    Seal
Notary Public

___6/30/08___
My Commission Expires

**OFFICIAL SEAL**
**PAUL E. RAMSEY**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 06/30/08

Certificate of Service was hand delivered to U.S. District Court, Clerk of Records, Urbana, Illinois, February Fourteenth, 2005. By ___Carl Maxine Holliost___ and Witness by:

___David J Wesselman___ To Wit:

___[signature: Carl Ramsey]___



Carl Maxine/ sur hubbartt

Claimant

VS.

Priscilla Schrock
Cumberland County Clerk & Recorder
    And/or
Millard S. Everhart
States Attorney

Respondents

## Actual and Constructive Notice

    Greeting[s] Before your office, on this Seventh day, July, 2000 A.D.. Certain documents have been presented for filing as a matter of public record, to NOTICE, principal[s] and/or Agents, of Carl Maxine's intent to expatriate from the U.S. and corporate ILLINOIS jurisdiction. As any prudent man would notice the governing body politic of this state, and it is further the duty of the elected officials to uphold the Citizen Rights to, Facto et amino, proclaim the status change, and making it a matter of public record, with evidence so submitted, as release of appointment.

    Whereas; the Claimant has made his request known before two witnesses, who are of sound mind and of lawful age, who have witnessed the denial from the Respondent without a good cause to do so.

    Therefore; the Respondents have seventy-two hours, under Regulation Z, to file all documents as requested, or show good cause by Affidavit, signed under the penalty of perjury, so as to their oath so previously taken upon acceptance to their respective public offices for We the People.

    Therefore; please find the Statutes at Large [15 Statutes at Large, Chapter 249 (section 1), July 27, 1868], which were given under your United States Constitution, upon which this request was derived and drafted, [attached herewith].

    Therefore; please uphold your Oath and Duty to do so, or resign from your office, "Law is a rule of duty!"

    Therefore; present your rebuttal and mail to temporary location, in care of Pat Hubbartt, 851 Co. Rd. 550 east, Neoga [near 62447], Illinois, Proper venue for the Sovereign, Illinois state/Citizen, "Usufruct," house of the Lord, Holder in Due Course of Debtor, CARL M. HUBBARTT.

    Therefore; all that remains is a question of "Title" Allodial, and liability from the Respondents. This request is made in good faith, with no bad faith intended between the parties, as ref., see good faith affidavit, instrument recorded at book 61 of misc. page 101-102, 97 RO 1325, collectively with extension to STATE OF ILLINOIS and U.S. postmarked via U.S. Postal Service.

Page 1 of 3

**Private and Non-Negotiable Between The Parties**

Therefore; time commences at twelve O'clock noon Central Standard Time, this Tenth day, July, 2000 A.D., and ending for mail time travel at twelve O'clock noon, the Sixteenth day, July, 2000 A.D., after which a notice will be presented in question to deprivation of my un/a/lien/able Rights.

**NOTICE TO THE PRINCIPAL[S] IS NOTICE TO THE AGENT[S], NOTICE TO THE AGENT[S] IS NOTICE TO THE PRINCIPAL[S].**

Therefore; please uphold your duty under your commission for the Cumberland County office, and—

Therefore; payment for your service rendered by your office shall be met with F.R.N.'s from a U.S. citizen, as I have performed by private contract labour in exchange with citizen to barter the debt, or discharge same filing fees.

Therefore; neglect by the Respondents to file Claimant's Release of Appointment with the time set to do so, will result in a Trespass against the Title and immunities for Claimant, and constitute a waiver of all defenses under your private coda law, including but not limited to: by affirmative defense, legal defense, meritorious defense, partial defense, preemptory defense, personal defense, real defense, and/or equitable defense.

The document herewith was prepared by the below signed Claimant, and Certified by Carl Maxine/sur hubbartt, who is the custodian of the original documents to be true and correct so help me God, for the original documents.

_Carl Maxine / sur hubbartt  sentient_
Claimant

ATTEST; We the undersigned witnesses, did observe in person, questions from Claimant and answers from Respondent[s], ___Joyce Howard—Deputy___, did delay the filing on the Seventh day, July, 2000 A.D., at the Cumberland County Clerks office, seat of Cumberland County, Illinois.

_Carl Maxine / sentient_
First Witness

_Larry Morwod_
Second Witness

And witness the notice by U.S. Postal Mail to Respondents of such Acts of denial.

**CERTIFIED MAIL #** _7000 0520 0014 9845 3215_

Page 2 of 3

**Private and Non-Negotiable Between the Parties**

## Your right to become an American instead of a U.S. citizen/subject.
### 15 Statutes at Large, Chapter 249 (Section 1), July 27, 1868

**Chapter CCXLIX. -- An Act concerning the Rights of American Citizens in foreign States**

**Whereas** the right of expatriation is a natural and inherent right of all people, indispensable to the enjoyment of the rights of life, liberty, and the pursuit of happiness;

**And whereas** in recognition of this principle this government has freely received emigrants from all nations, and invested them with the rights of citizenship;

**And whereas** it is claimed that such American citizens, with their descendants, are subjects of foreign states, owing allegiance to governments thereof;

**And whereas** it is necessary to the maintenance of public peace, and that this claim of foreign allegiance should be promptly and <u>finally disavowed</u>:

**Therefore**, Be it enacted by the Senate and House of Representatives of the United States of America, in Congress assembled:

**That** any declaration, instruction, opinion, order, or decision, of any officer of this government, which denies, restricts, impairs, or questions the right of expatriation, is hereby declared inconsistent with the fundamental principles of this government.

Page 3 of 3.

## Actual and Constructive Notice 

From:

In Law: *Carl Maxine/sur hubbartt* Dates, Sixth day, July 2000, Our Lord. American, "Real Man" Free Man. "Exparte Knowles, one who has no debts." Earthly occupancy, inhabitant, Isaiah 33:22, Judicial power Occupant. Illinois Republic, claiming all The Rights, privileges, and immunities recognized in Original Constitution, for Illinois Republic, which is binding upon the government as a contract, and enforceable in the courts under the statutes of frauds.

    Mail location, temporary,
    Care of,
      Pat Hubbartt
      851 Co. Rd. 550 East
      Neoga; [near 62447]
      Illinois

Seal:

Under "Yahweh" LORD GOD

"Reserving All Un/a/lien/able Rights All time, Waiving No Rights No Time."

_Katheryn L. Coble_    _Richard Don Jant_    _Deloris Irene Loomis_
Natural Law Witness    Natural Law Witness    Natural Law Witness

Date 07/06/2000 A.D.    Date 6th of July, 2000 A.D.    Date 6th of July, 2000 A.D.

To: All Agents and Agency's on "NOTICE" Release of Appointment, upon the Social Security Administration, the United States Department of States, the United States Attorney General, all offices and Agencies of the State of Illinois or IL. And departments, Corps. Branches, held under the Internal Revenue Service, (I.R.S.) to be National. Region and or District, but not limited to.

Federal Agencies
1. Social Security Administration ORSI,DE,EIR
   3-E-26 Operations Building
   Baltimore, Maryland 21235
2. Dorcas R. Hardy, D/B/A
   Commissioner of Social Security
3. Charles H. Mullen D/B/A
   Agent for Department of Health and Humane Services
   Vital Statistics Office
4. Allen Greenspan, U.S. Governor of the
   International Monetary Fund
   Federal Reserve as U.S. Treasury
   F.R.C.P.-17 and rule 17(a).
   Washington, D.C. 205437
5. Madaline Albright D/B/A
   Secretary of State, Washington D.C. 20520
6. Harold H. Summers D/B/A
   Secretary of the Treasury, Washington, D.C. 20520

State Agencies
1. George Ryan, Illinois Governor
   Via penal code or code of law
   all District State Police collectively
   via North American country
2. Jesse White, Sec. Of State, IL.
3. Jim Ryan, Attorney General
   IL. Via penal code for coda law.
   500 So. 2nd.
   Springfield, Illinois 62706
4. Secretary of State, Police Department
   Department of motor Vehicles
   Dirkson Parkway
   Springfield, Illinois 62706
   Criminal Cod of law IL.
5. Agency's Driver's License Examination Facility
   Facility Police Power
   Act of issuance of Contract licensure-operators

Please inform me of your intentions within twenty (20) days of this Petition for Release. If I do not hear your response, I will presume you will not and explore additional remedies. **Notice to the Principals is Notice to the Agents, Notice to the Agents is Notice to the Principals.**

Jim Ryan
Attorney General
500 South Second St.
Springfield, IL. 62706

No Recourse, Certified Mail # _7000 0520 0014 9845 4519_

Page 1 of 8
Private and Non-Negotiable between the parties

STATE OF ILLINOIS
CUMBERLAND COUNTY SS.
THIS INSTRUMENT WAS FILED FOR RECORD
20 DAY OF July 2000
1:58 O'CLOCK P M. & DULY RECORDED
BOOK 13 OF REL PAGE 19-21
_Priscilla Schrock_ RECORDER
_J. Hurless_ DEPUTY

2000R01381

Federal Express # 343-3391-936   Date 25-Oct-2001



MR. GEORGE W. BUSH
President of the United States
1600 Pennsylvania Avenue
Washington, D.C. 20500

343 3391 936

RE: DECLARATION OF EXPATRIATION BY:
    Carl-Maxine; Hubbartt
    c/o in the general post office
    Neoga ( near 62447 )
    Illinois
    united States of America

Dear Mr. President:

    As is my Right, confirmed by 15 Statutes at Large, Chapter CCXLIX, Sections One through Three, passed by the United States Congress on July 27, 1868, I, Carl-Maxine; Hubbartt, do hereby declare my expatriation from the United States of America and/or the United States and I am not a 14th amendment U.S. citizen.

    I was born in Shelby county, Illinois. I am now, and have always been a dejure sovereign American National. I am a Citizen of the several States as per "The Constitution for the united States of America", deriving full unalienable rights as described in "The unanimous Declaration of the thirteenth united States of America" and "The Bill of Rights".

    I also Declare all previous Declarations, Affidavits, Certificates, etc., made by another, concerning my Citizenship Status, to be null and void.

    I also Declare that I pledge my complete allegiance to Christ Jesus, my King, and I am an Ambassador for Christ as per 2nd Corinthians 5:20 of the Holy Scriptures. Hence, I have entered into the jurisdiction of the Lord's Kingdom as a Citizen thereof.

    Please notify all appropriate government agencies within your jurisdiction of this change in my lawful status.

    If you have any questions concerning this matter, please send your correspondence to my attention at the above mailing location.

Sincerely, *Autograph for;*
*Carl Maxine, Hubbartt*
Ambassador For Christ

Witness: *[signature]*
Witness: *[signature]*

Page 1 of 2 DECLARATION OF EXPATRIATION BY: Carl-Maxine; Hubbartt

I hereby certify that on this 24th day of October, 2001 above named who I know (or has satisfactorily proved to me), appeared to attest and affirm that he is the man executing the foregoing document. I, THEREFORE, set forth my hand and seal in affirmation the execution thereof.

_____  Date  10-24-01
NOTARY PUBLIC

09/10/02
My Commission Expires

"OFFICIAL SEAL"
DEBRA J. SCHOONOVER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 09/10/02

Notary Seal:

## PROOF OF SERVICE

I do hereby declare under penalty of perjury that I have served the party(s) name hereon with a true copy of the document within, by Federal Expressed with Return Receipt Requested, on behalf of, Carl-Maxine; Hubbartt.

From Mattoon (city) Illinois (state)

This 25th day of October 2001.

See: William Hellard  signing party serving as witness.

Page 2 of 2 DECLARATION OF EXPATRIATION BY: Carl-Maxine; Hubbartt

Autograph
c.-3. Carl Maxine Hubbartt
Ambassador For Christ and
North America

Chief Justice Rehnquist
DBA CHIEF JUSTICE REHNQUIST
Supreme Tribunal/court of the United States
c/o U.S. Supreme Court Building
One First Street N.E.
Washington, D.C. 20543



RE: Notice of Proper and Correct Status as a Native Born American National and a Natural Man/Person:

CERTIFIED MAIL # 7003 0530 0020 0281 7936

Dear Justice Rehnquist,

## DECLARATION OF NON-JURISTIC STATUS; and, FORMAL and CONSTRUCTIVE NOTICE

That on the 25th day, October, A.D. 2001, I, Carl-Maxine; Hubbartt, served the **President of the United States with a** *"Declaration of Cause and Necessity to Abolish/Declaration of Expatriation/Declaration of Separate and Equal Station"* (see Attachment "A"), as well as my " *DECLARATION OF ALLEGIANCE TO AN AMERICAN REPUBLIC,*" ( see Attachment "B"), initiated on 15 December A.D. 2000, *expatriating* from the corporate United States and repatriating back to birth place- Illinois. Through my Expatriation, I have formally reclaimed my unalienable Rights as a Native Born American and a Natural Man. Thus, I am no longer a citizen of the United States.

This Declaration of Non-juristic Status; and Formal Constructive Notice shall serve to inform YOU, the Chief judicial Office of the Supreme Tribunal/court of the United States, that I am no longer a juristic person; and to address issues of relevancy.

1. I am no longer a juristic person under the international contractual obligations between the corporate United States, the corporate STATES (e.g., The State of ILLINOIS) and the Federal Reserve. As a matter of record, any and all wages, commissions, salaries, etc. are received by me without prejudice (Uniform Commercial Code 1-207; 810/ILCS 1-207.

2. My reclaimed unalienable Rights include, but are not limited to, the following: *to con tract and not to contract; engage in commerce; to marry; to earn a livelihood in any lawful calling, to own property, to locomotion, and movement on land, sea or air [11 Am.Jur ( 1st Series) Sec. 329, Personal Liberty] to own said land; freedom of speech; freedom from governmental interference in exercise of the intellect, in formation of opinions, in the expression of them, and action or inaction dictated by judgment; freedom from servitude, imprisonment or restraint; freedom of occupation; right of self-defense against unlawful violence; right to carry on business; right to use property according to owner's will; etc. ...right to keep and bear arms, to defend and protect life, Liberty and property.*

3. Your judiciary and the Executive Branch of the U.S. Government proclaimed *the payment of social security and use of the Postal Service are the contracts binding anyone so doing into the status of citizen of the United States* (see Attachment "A"). Amendment XIV of the Constitution of the United States is the basis for the subclass "citizen of the United States." However, in the schools I was forced to attend, I was taught that Amendment XIV was to free the slaves and grant them rights.



COPY

# SPRINGFIELD, ILLINOIS

APOSTILLE

(Convention de La Haye du 5 Octobre 1961)

1. Country: United States of America

   This public document

2. has been signed by  MARK M. ELLIOTT

3. acting in the capacity of NOTARY PUBLIC, COLES COUNTY

4. bears the seal/stamp of STATE OF ILLINOIS

   Certified

5. Springfield, Illinois

6. FEBRUARY 19, 2002

7. by the Secretary of State, State of Illinois

8. No.  56766

9. Seal/Stamp:                    10. Signature:



*Jesse White*

JESSE WHITE
SECRETARY OF STATE
STATE OF ILLINOIS

I-168

Space for recording purposes only:

*********************************************************************************

| | |
|---|---|
| Kingdom of The Power of Powers, on Said soil in § § § § | ss: Declaration of Mission Statement By Foreign Neutral under The Absolute Law's of the Living Father |
| Cumberland county, Illinois § § | |
| These united States of America § § | |

///

**KNOWN THE PEOPLE BY THESE PRESENTS, GREETINGS:**

///

**KNOW ALL MEN BY THESE PRESENTS:** Under the authority of Declaration, for The Trust Written and Recorded at Chapter 9, verses 15 through 21, and at chapter 8, verses 7 through 13, Book of the Hebrews, the undersigned Affiant, Declarant, and Trustee of said Toral Trust accepts and succeeds the appointment and Office of "Trustee", Droit Droit Dominium Jura in re, as "Foreign neutral, thereof the Kingdom of the Power of Powers, sending state, for The United States of America and territories or insular possessions, The Netherlands, as a Neutral *in intinere, ab initio,* Thirteenth day of September Nineteen Hundred Thirty Six A.D., recognized by receiving state Under authority To Wit:

The Ancient Scriptures

The 1814 Treaty of Ghent

The Convention of the Hague, 5 October 1961

Vienna Convention, 18 April 1961, U.N.T.S. Nos. 7310-7312 vol. 500, pp. 95-239

The Ordinance of the Territory North and West of the River Ohio, 1 Stat. 51, 52, July 13, 1787

The Vienna Convention on the Law of Treaties U.N. Doc. A/Conf. 39/27 (1969),
63 A.J.I.L. 875 (1969) at Article 2,¶¶ I(a), (b) and (g), and Article II
For "limited accession" per TIAS 100072 33 U.S.T. 883, 527 U.N.T.S. 189

Mission Statement by Apostille page one of four

The Convention on Rights and Duties of States, 49 Stat. 3097, T.S. 881,
165 L.N.T.S. 19, 3 Bevans 145, done at Montevido Uraguay,
26 December 1934 @ Art. 2-3 id est. "sovereign ecclesiastical State"

Convention on the Conflict of Laws Relating to the Form of Testamentary Dispositions,
Concluded 5 October 1961, #11, et.Seq. Conflict of Law (1993)

Vienna Convention on Consular Relations and Optional Protocals, Vienna 24 April 1963,
U.N.T.S. Nos. 8638-8640 vol. 596, pp. 262-512

Vienna Convention on the Law of Treaties, signed at Vienna 23 May 1969,
U.N.T.S., Entry into Force: 27 January 1980

Primary Duties are: Keep the commandment Laws of the Living Father and, secondarily, perpetuate the
Testator's Will and Living Trust, in violate.

Secondary duties include: Establish and maintain the "mission" and "mission post" for and on behalf of the "mission head" in representative capacity and provide for the maintanence and good Order of the families, staff, and other public servants there unto belonging: with absolute respect for the utmost integrity of Testator's Living Will and Trust, in abstentia.

"Domicile" is established by virtue of chapter nineteen (19) verse five (5), the Book of Exodus, and legal estate thereof with absolute allegiance and fidelity, excluding all others.

Any and all belongings, family and friends domiciled with the Foreign neutral are neutrals "opposed to war in any form" and non-resident aliens to the "receiving state" afore said. Affiant-Trustee acknowledges that as Trustee and Individually, he is neither a citizen, nor subject of the receiving state by prescription and the term "imprescriptibility" is operative herein duly recognized in the cases of Rabang v. I.N.S. (CA9 1994), 35 F. 3d 1449 @n4, of United States v Wong Kim Ark, 169 U.S. 649, 18 S. Ct 456, 483, 42 L. Ed. 890 (1898), of Udny V. Udny, L.R.1 H.L. Sc. 457.

Trustee-Affiant is not a "legal entity" created by, for, nor on behalf of any other person, group, association, nor corporation for political or commercial purpose and is not a surety therefore, nor assumes culpability on behalf thereof as *"civiliter mortuus"*, to the receiving state aforesaid.

*Inclusio unius est exclusio alterius*

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**

"Succession" is "special" for which presumption must yield to truth.

The undersigned Trustee-Affiant, succeeding to the appointment and Office aforesaid, specially, authorizes the foregoing in Official capacity according to the express exceptions, stipulations, and reservations above set out verbatim and those referenced in the authorities set out above, as attests My Hand and Seal in Faithful Witness thereof, the same being entirely true, correct, certain, and complete, according to the laws of the Kingdom and Commonwealth aforesaid, so help Me Almighty Power of the Powers.

The Official Seal of the Foreign neutral, annexed below, is the only seal affixed upon Official Documents, charge d'affaires, and other correspondences appertaining the Trustee's Lawful peaceful mission, held exclusively in the custody, possession and control of the Trustee-Declarant, unless otherwise expressly assigned or transferred, as set forth and heretofore, and not for any other unauthorized "use" nor "purpose".

Official Authorized Seal>>>>

On ___28___ day of ___January___, 2002:

Foreign neutral:

L.S. _____Carl-Maxine; Hubbartt_____
Carl-Maxine; Hubbartt
Trustee, but not Individually
In care of the general post office
[near 62447] Neoga
Illinois u.S.A.

In the Book of 2 Corinthians, Chapter 13, verse 1:

"In the mouth of two or three witnesses shall every word be established."

Witness's signature: _____  Day: 28  Month: January  Year: 2002

Witness's signature: _____  Day: 28  Month: January  Year: 2002

Witness's signature: _____  Day: 28  Month: January  Year: 2002

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

L.S.: *Carl-Maxine; Hubbartt*
Carl-Maxine: Hubbartt
Trustee, but not Individually
In care of the general post office
[near 62447] Neoga
Illinois u.S.A.

SUBSCRIBED and AFFIRMED before Me, a Notary Public residing in __Coles__ county, The State of Illinois, The above Signator Carl-Maxine: Hubbartt appeared, known by Me and identified himself, and affixed His Signature hereto, the __11th__ day of ~~January~~, 2002.
*February*

Notary Public signature: *Mark M. Elliott*

"OFFICIAL SEAL"
MARK M. ELLIOTT
Notary Public, State of Illinois
My Commission Expires Sept. 12, 2002

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

After recording return To:
Carl- Maxine: Hubbartt
In care of the general post office
[near 62447] Neoga
Illinois u.S.A.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mission Statement by Apostille page four of four